AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

DESIGN TECHNOLOGIES
and
VINCENT ZAPPOLA, individually
and d/b/a Design Technologies

CASE N°

Case: 1:07-cv-01130
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/25/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

DESIGN TECHNOLOGIES
888 Huguenot Avenue
Staten Island, NY 10312

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

JUN 2 5 2007

DATE

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiff<br>v.<br><br>DESIGN TECHNOLOGIES AND VINCENT ZAPPOLA, INDIVIDUALLY AND D/B/A DESIGN TECHNOLOGIES,<br><br>Defendant(s) | Case No.: 1:07-cv-01130<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK: COUNTY OF KINGS   ss:

I, HARRY BASS, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on AUGUST 28, 2007 at 6:16 PM at 168 ARMSTRONG AVENUE, STATEN ISLAND, NY 10312, receipients deponent served the within SUMMONS AND COMPLAINT on DESIGN TECHNOLOGIES therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to DESIGN TECHNOLOGIES-VINCENT ZAPPOLA personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the OWNER AND OPERATOR authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male   Race/Skin: White   Hair: White & Black   Glasses: Yes   Approx. Age: 50-60   Height: 5' 10   Weight: 190
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harry Bass, Lic. #1076668
LEGAL ERRANDS, INC.
1313 Race Street
Philadelphia, PA 19107
(215) 751-1124

Executed on: 8/31/07

Subscribed and sworn to before me, a notary public, on this 31st day of August, 2007.

Notary Public   My Commission Expires:

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008