IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>          Plaintiff,<br>     v.<br><br>DESIGN TECHNOLOGIES<br><br>     and<br><br>VINCENT ZAPPOLA, individually and<br>     d/b/a Design Technologies<br><br>          Defendants. | CIVIL ACTION NO. 07-1130 |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, Design Technologies and Vincent Zappola d/b/a Design Technologies ("Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                                                    Respectfully submitted,

                                                                    JENNINGS SIGMOND, P.C.

                                            BY:/s/     Sanford G. Rosenthal
                                                  SANFORD G. ROSENTHAL, ESQUIRE
                                                  (I.D. NO. 478737)
                                                  The Penn Mutual Towers, 16th Floor
                                                  510 Walnut Street, Independence Square
                                                  Philadelphia, PA 19106-3683
                                                  (215) 351-0611
Date: September 17, 2007                    Attorney for Plaintiff

OF COUNSEL:

PHILIP A. LOZANO

188057-1

Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

188057-1


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 07-1130 |
| v. | ) ) | |
| DESIGN TECHNOLOGIES | ) ) | |
| and | ) ) | |
| VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) ) | |
| Defendants. | ) | |

### DECLARATION OF SANFORD G. ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT

Sanford G. Rosenthal, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendants, Design Technologies and Vincent Zappola d/b/a Design Technologies ("Defendants") on August 31, 2007, by Harry Bass, Process Server, who served Vincent Zapolla at 168 Armstrong Avenue, Staten Island, NY 10312. The Return of Service has been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

5. Neither of the Defendants is an infant or an incompetent person and, as a company, Defendant Design Technologies is not in the military service. A separate Declaration

188057-1

is attached with respect to the individual defendant Vincent Zapolla.

                                               I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

                                               s/     Sanford G. Rosenthal
                                               SANFORD G. ROSENTHAL, ESQUIRE

Date: September 17, 2007

188057-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>        Plaintiff, )<br>    v. )<br>DESIGN TECHNOLOGIES )<br>    and )<br>VINCENT ZAPPOLA, individually and<br>    d/b/a Design Technologies )<br><br>        Defendants. ) | CIVIL ACTION NO. 07-1130 |

### DECLARATION OF NON-MILITARY SERVICE

SANFORD G. ROSENTHAL, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Vincent Zapolla, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                                          I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Executed on: September 17, 2007        /s/   Sanford G. Rosenthal
                                                                       SANFORD G. ROSENTHAL, ESQUIRE

188057-1

## CERTIFICATE OF SERVICE

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Design Technologies
888 Huguenot Avenue
Staten Island, NY 10312

Vincent Zappola, individually and
d/b/a Design Technologies
168 Armstrong Avenue
Staten Island, NY 10312

s/   Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: September 17, 2006

188057-1