Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

Plaintiff(s)

Civil Action No. 07-1130

V.

DESIGN TECHNOLOGIES, et al

Defendant(s)

RE: DESIGN TECHNOLOGIES; VINCENT ZAPPOLA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 18th day of Sept., 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk