## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) | |
| Plaintiff, ) | CIVIL ACTION NO. 07-1130 |
| v. ) | |
| ) | |
| DESIGN TECHNOLOGIES ) | |
| ) | |
| and ) | |
| ) | |
| VINCENT ZAPPOLA, individually and ) d/b/a Design Technologies ) | |
| ) | |
| Defendants. ) | |

## ATTORNEYS' FEES AND COSTS

| Date | Attorney | Task | Time (hrs) |
|---|---|---|---|
| 10/2/07 | PL | Review of Correspondence from Pension Fund re: Delinquency | .1 |
| 10/4/07 | PL | Review of Correspondence from G. Meyers to Defendant re: Delinquency | .2 |
| 10/9/07 | PL | Review and Revise Motion for Default Judgment | 1.2 |
| 10/15/07 | PL | Preparation of Documents related to the Motion for Default Judgment; Calculation of Attorney's Costs and Fees; | 1.8 |

PL – 3.3 Hours @ $220.00/Hour          =          $ 726.00

188271-1



| | | |
|---|---|---|
| **October 2007 Total** | = | $   726.00 |
| **June 2007 through September 2007** | = | $ 4,278.52 |
| **October 2004 through May 2007** | = | $11,862.18 |
| **Local Counsel Fees and Costs** | = | $15,011.29 |
| **GRAND TOTAL FEES AND COSTS** | = | $31,877.99 |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 13701
Tuesday, October 09, 2007

Printed By  MHT
Page  1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 29084 | Design Technologies (2) | Sigmond, Richard B. |

Beginning To End

**Unbilled Time**

| Date | Timekeeper | | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| 9/17/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | Preparation of 55(a) Motion |
| | | | | | | | | | Phone Conference with Process Server Regarding Same |
| 9/18/2007 | PL | | 1.20 | 1.20 | 220.00 | $264.00 | | | Review of ECF Filing Regarding Entry of Default by Clerk |
| | | | | | | | | | Memo to File Regarding Same |
| | | | | | | | | | Preparation of 55(b) |
| 9/20/2007 | PL | | 1.40 | 1.40 | 220.00 | $308.00 | | | Preparation of Documents Regarding Motion for Default Judgment |
| 9/21/2007 | PL | | 3.50 | 3.50 | 220.00 | $770.00 | | | Preparation of Documents Regarding Motion for Default Judgment |
| | | | | | | | | | Review of Correspondence from P. Gilbert (x3) |
| 9/24/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | Preparation of Affidavit for T. Montemore Regarding Related Exhibits for Motion for Default Judgment |
| 9/25/2007 | PL | | 0.60 | 0.60 | 220.00 | $132.00 | | | Review and Revision of Affidavit of T. Montemore |
| | | | | | | | | | Correspondence Exchange Regarding Same |
| 9/25/2007 | PL | | 2.30 | 2.30 | 220.00 | $506.00 | | | Preparation of Memorandum of Law in Support of Motion for Judgment by Default |
| 9/28/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | Review of Correspondence from P. Gilbert |
| | | | | | | | | | Review and Revision of Motion for Summary Judgment |
| | | | | | | | | | Calculation of Attorneys' Fees and Costs |
| | | | | | | | | | Preparation of Affidavit and Exhibits Regarding Same |

**Unbilled Time**

| Totals | | 14.40 | 14.40 | | $3,168.00 | | |
|---|---|---|---|---|---|---|---|

**Unbilled Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/13/2007 | $325.00 | 7100 | Service of Process |

**Unbilled Expenses**

| Totals | $325.00 |
|---|---|

**Billed Time**

| Date | Timekeeper | | Hours Worked | Hours On Bill | Rate | Amount | Task | Original Post Period | Original Post Year | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/18/2007 | SMC | | 1.50 | 1.50 | 220.00 | $330.00 | | 7 | 2007 | Preparation of Complaint |

| Status | | Post Date | Entry Date |
|---|---|---|---|
| Current Period | | 07/03/2007 | 06/18/2007 |

| 7/3/2007 | SMC | | 0.10 | 0.10 | 220.00 | $22.00 | | | | Review of Court Order |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2007 | SMC | | 0.20 | 0.20 | 220.00 | $44.00 | | | | Preparation of Memo to Client regarding Status of Litigation |
| 7/31/2007 | SMC | | 0.10 | 0.10 | 220.00 | $22.00 | | | | Preparation of Correspondence to Legal Errands regarding Status of Service |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:   OT2025 - 13701
Tuesday, October 09, 2007

Beginning To End

**Billed Time**

| | | |
|---|---|---|
| Totals | 1.90 | 1.90 | $418.00 |

**Billed Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/20/2007 | $350.00 | 7100 | Filing Fee |
| 6/28/2007 | $4.60 | PO | Postage Charges |
| 6/28/2007 | $12.92 | PO | Postage Charges |

**Billed Expenses**

| | |
|---|---|
| Totals | $367.52 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 16.30 | 16.30 | $3,586.00 | $692.52 | $4,278.52 |

*** End Of Report ***

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Printed By   MHT
Page        1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 26574 | Design Technologies | Sigmond, Richard B. |

Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/6/2005 | SMC | 3.50 | 3.50 | 200.00 | $700.00 | | | Preparation for Teleconference |
| | | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | | Phone Conference with Attorney C. Krieg and Vincent Zappola |
| | | | | | | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | | Preparation of Letter to Attorney C. Krieg |

| Post Date | | Status | | Entry Date | Original Post Period | Original Post Year | | |
|---|---|---|---|---|---|---|---|---|
| 09/30/2005 | | Current Period | | 09/06/2005 | 9 | 2005 | | |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/7/2005 | SMC | 0.90 | 0.90 | 200.00 | $180.00 | | | Review of Correspondence from P. Gilbert |
| | | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | | Review of Updated Breakdown |
| | | | | | | | | Phone Conference with V. Zappola re: Reports |
| | | | | | | | | Preparation of Letter to T. Montemore and P. Gilbert |
| 9/8/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Documents from T. Montemore |
| | | | | | | | | Phone Conference with Client V. Zappola |
| 9/12/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Sttomey C. Krieg |
| 9/13/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Letter to G. Meyers |
| 9/14/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from G. Meyers |

| Post Date | | Status | | Entry Date | Original Post Period | Original Post Year | | |
|---|---|---|---|---|---|---|---|---|
| 09/14/2005 | | Original Period Unlocked | | 09/14/2005 | 9 | 2005 | | |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 9/15/2005 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | | Phone Conference with C. King |
| | | | | | | | | Review of Correspondence from C. Krieg |
| 9/22/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | | Preparation of Letter to T. Montemore |
| | | | | | | | | Phone Conference with T. Montemore |
| 9/26/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Letter to C. Krieg |
| 9/27/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | | Preparation of Letter to T. Montemore |
| 10/4/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | | Preparation of Letter to T. Montemore and P. Gilbert |
| 10/5/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | | Phone Conference with T. Montemore and Attorney C. Krieg |
| 10/11/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | | Preparation of Letter to T. Montemore |
| 10/13/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from P. Gilbert |
| 10/14/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Local Counsel |
| 10/20/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Preparation of Letter to G. Meyers regarding Local Counsel Bill |
| 10/25/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | | Preparation of Letter to T. Montemore |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Printed By  MHT
Page        2

Beginning To End

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 11/14/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| 11/15/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to G. Meyers |
| 11/17/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with T. Montemore |
| | | | | | | | Review of Documents |
| 11/21/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to T. Montemore |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Preparation of Letter to G. Meyers |
| 11/30/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 12/12/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 12/13/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to Attorney C. Krieg |
| 12/29/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to Attorney C. Krieg and T. Montemore |
| 1/8/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of G. Meyers Letter |
| 1/23/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Update Litigation Status Report |
| 1/26/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from V. McGlone and T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Letter to Attorney C. Krieg |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Update Litigation Tracking Report |
| 2/9/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 2/13/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to G. Meyers |
| 2/17/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/8/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/9/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Letter to T. Montemore |
| 3/12/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| 3/15/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from P. Gilbert |
| 3/16/2006 | SMC | 1.00 | 1.00 | 200.00 | $200.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference with Attorney C. Krieg (2x) |
| | | | | | | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Documents |
| | | | | | | | Preparation of Letter to G. Meyers |
| 3/17/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Documents |
| | | | | | | | Memo to File |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| 3/21/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/22/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to T. Montemore |
| 3/23/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Review of Correspondence from P. Gilbert |
| 4/18/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Preparation of Correspondence from Attorney C. Krieg and T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| 4/19/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to T. Montemore |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 13772

Monday, October 15, 2007

Beginning To End

Printed By  MHT
Page  3

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|------|-----------|--------------|---------------|------|-------------|----------|-----------|
| 4/24/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 4/25/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to T. Montemore<br>Phone Conference with P. Gilbert<br>Phone Conference with B. Moore |
| 4/26/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| 5/1/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to B. Moore |
| 5/4/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence from Attorney C. Krieg<br>Preparation of Correspondence to B. Moore |
| 5/9/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Correspondence from B. Moore |
| 5/15/2005 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Review of Correspondence from B. Moore<br>Review of Correspondence from Attorney C. Krieg<br>Preparation of Correspondence to Attorney C. Krieg<br>Phone Conference with P. Gilbert<br>Phone Conference with Attorey B. Soloman |
| 5/18/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to Attorney C. Krieg<br>Review of Correspondence from Attorney C. Krieg<br>Preparation of Correspondence to B. Moore |
| 5/22/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from B. Moore<br>Review of Correspondence from T. Montemore<br>Phone Conference with T. Montemore |
| 5/31/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Preparation of Correspondence to Attorney C. Krieg<br>Preparation of Correspondence to Attorney C. Krieg<br>Review of Correspondence |
| 6/1/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to T. Montemore and P. Gilbert |
| 6/5/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from T. Montemore<br>Phone Conference with Attorney B. Soloman |
| 6/7/2006 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Review of Correspondence from Attorney C. Krieg<br>Review of Court Order from NY<br>Phone Conference with T. Montemore |
| 6/8/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to T. Montemore, P. Gilbert and B. Moore |
| 6/12/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence Attorney C. Krieg |
| 6/27/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Memo to Client regarding Status of Litigation |
| 7/5/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to Fund's regarding Billing |
| 7/7/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Documents<br>Phone Conference with Attorney B. Solomon |
| 7/12/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with R. Moore |
| 7/14/2006 | SGR | 0.80 | 0.80 | 200.00 | $160.00 | | Review of Correspondence from Attorney B. Solomon regarding Audit<br>Review of Documents<br>Letter to Attorney B. Solomon |
| 7/16/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Review and Revision of Letter to Attorney B. Solomon regarding Audit |
| 7/17/2006 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from R. Moore<br>Review and Revision of Letter to Attorney B. Solomon |

# Jennings Sigmond, P.C.
# Time And Expense Details

Report ID:   OT2025 - 13772

Monday, October 15, 2007

Beginning To End

Printed By    MHT

Page    4

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 7/31/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with R. Moore |
| 8/1/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with B. Moore |
| 8/2/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with B. Soloman, Esquire |
| 8/3/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with B. Soloman, Esquire |
| | | | | | | | Review of Correspondence T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Correspondence C. Krieg, Esquire |
| 8/4/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence T. Montemore |
| 8/7/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with B. Moore |
| 8/18/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence Attorney C. Krieg |
| 10/2/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to Attorney C. Krieg |
| 10/3/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore and P. Gilbert |
| 10/11/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to P. Gilbert and T. Montemore |
| 10/12/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Preparation of Correspondence to G. Meyers |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| 10/16/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to G. Meyers |
| 10/17/2006 | SMC | 0.60 | 0.60 | 200.00 | $120.00 | | Phone Conference with Attorney C. Krieg regarding Local Counsel Billing |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to G. Meyers |
| 10/31/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | Preparation of Correspondence to B. Moore |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference to T. Montemore |
| 11/2/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from B. Moore |
| 11/3/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from B. Moore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Correspondence to Attorney C. Krieg |
| 11/13/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from B. Moore |
| 11/15/2006 | SMC | 0.70 | 0.70 | 200.00 | $140.00 | | Phone Conference with T. Montemore |
| | | | | | | | Phone Conference with Attorney B. Soloman (2x) |
| | | | | | | | Phone Conference with B. Moore (2x) |
| | | | | | | | Phone Conference with Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | Review of Correspondence from Attorney B. Soloman |
| | | | | | | | Review of Draft Stipulation |
| | | | | | | | Preparation of Correspondence to Attorney C. Krieg |

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Printed By   MHT
Page   5

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 11/16/2006 | SMC | 1.10 | 1.10 | 200.00 | $220.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Review of Correspondencefrom T. Montemore |
| | | | | | | | Phone Conference with Attorney C. Krieg |
| | | | | | | | Phone Conference with Attorney B. Soloman |
| | | | | | | | Review of Correspondence from P. Gilbert |
| | | | | | | | Preparation of Correspondence to Attorney B. Soloman |
| | | | | | | | Review and Revision of  Stipulation |
| | | | | | | | Phone Conference with T. Montemore |
| 11/17/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Review of Balance of Judgment |
| 11/19/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from C. Krieg |
| 11/20/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to Attorney C. Krieg |
| 11/21/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 11/28/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore |
| 12/4/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with T. Montemore |
| 12/5/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from P. Gilbert (3x) |
| | | | | | | | Preparation of Correspondence to P. Gilbert |
| 12/6/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with B. Moore (2x) |
| 12/19/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Documents |
| | | | | | | | Phone Conference with B. Moore |
| | | | | | | | Preparation of Correspondence to Attorney B. Soloman |
| 1/9/2007 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Memo to Client regarding Status of Litigation |
| 1/25/2007 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to G. Meyers regarding Local Counsel Bill |
| 1/26/2007 | SMC | 2.10 | 2.10 | 200.00 | $420.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Memo to File |
| 1/29/2007 | SMC | 2.70 | 2.70 | 200.00 | $540.00 | | Preparation of Motion to Compel/Contempt Motion |
| 2/5/2007 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Motion to Compel/Contempt Motion |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| 2/7/2007 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with B. Moore regarding Audit Scheduling |
| 3/1/2007 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Preparation of Contempt Motion |
| 3/5/2007 | SMC | 1.80 | 1.80 | 200.00 | $360.00 | | Preparation of Motion to Compel/Contempt Motion |
| 3/6/2007 | SMC | 1.20 | 1.20 | 200.00 | $240.00 | | Preparation of Correspondence to G. Meyers regarding Local Counsel Billing |
| | | | | | | | Preparation of Contempt Motion |
| 3/12/2007 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence regarding Local Counsel Billing |
| 5/23/2007 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Updated Delinquency Schedule |
| | | | | | | | Preparation of Correspondence to P. Gilbert |

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Printed By   MHT
Page         6

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 6/7/2007 | SMC | 0.10 | 0.10 | 220.00 | $22.00 | | Review of Correspondence from P. Gilbert |
| | | Status | Entry Date | Original Post Period | Original Post Year | | |
| | | Current Period | 06/07/2007 | 7 | 2007 | | |
| | Post Date | | | | | | |
| | 07/03/2007 | | | | | | |
| 6/11/2007 | SMC | 0.20 | 0.20 | 220.00 | $44.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Preparation of Correspondence to T. Montemore (2x) |
| | | Status | Entry Date | Original Post Period | Original Post Year | | |
| | | Current Period | 05/11/2007 | 7 | 2007 | | |
| | Post Date | | | | | | |
| | 07/03/2007 | | | | | | |
| 6/22/2007 | SMC | 0.20 | 0.20 | 220.00 | $44.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Closed Case Report |
| | | Status | Entry Date | Original Post Period | Original Post Year | | |
| | | Current Period | 06/22/2007 | 7 | 2007 | | |
| | Post Date | | | | | | |
| | 07/03/2007 | | | | | | |
| 6/29/2007 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 7/6/2007 | SMC | 0.40 | 0.40 | 220.00 | $88.00 | | Preparation of Memo to Client regarding Status of Litigation |
| | | | | | | | Preparation of Closed Case Report |
| 7/27/2007 | SMC | 0.30 | 0.30 | 220.00 | $66.00 | | Review and Revision of Closed Case Report |

Billed Time Totals          36.30          36.30                    $7,258.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/24/2005 | $11.77 | SD | Special Delivery |
| 11/19/2005 | $5.06 | SD | Special Delivery |
| 5/13/2006 | $12.96 | SD | Special Delivery |
| 7/17/2006 | $1.50 | FAX | Fax Charges |
| 10/18/2006 | $1.75 | COPY | Photocopies |
| 12/2/2006 | $12.96 | SD | Special Delivery |

Billed Expenses Totals          $46.00

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Printed By   MHT
Page         7

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 36.30 | 36.30 | $7,258.00 | $46.00 | $7,304.00 |

*** End Of Report ***

REPRINT OF BILLED DETAILS (as billed)

                    Bill number PTINTF-26574-001 RBS
                         Bill date   11/10/04

International Painters and Allied Trades
    Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

10/20/04 SGR   Review of Correspondence from Fund regarding New
               Delinquency Case
               Review of Documents
               Preparation of Litigation Memo
                                     .40 hrs  200   /hr      80.00
10/21/04 SMC   Legal Research, Dunn and Bradstreet Report
               Phone Conference with DC 711
               Phone Conference with Business Agent, Walt
                                    1.10 hrs  200   /hr     220.00
10/22/04 SMC   Phone Conference with DW1976 regarding Status of
               Company
               Phone Conference to Walt at DC711 regarding
               Status of Company
               Legal Research
               Review of Documents
               Preparation of Complaint
               Left Message for V. Zappola, Owner of Company
                                    1.70 hrs  200   /hr     340.00
10/25/04 SGR   Review of Complaint
                                     .20 hrs  200   /hr      40.00
10/26/04 SMC   Review and Revision of Complaint
               Prepare Documents for Filing
                                     .20 hrs  200   /hr      40.00
                                                       -----------
               TOTAL FEES                        $         720.00

DISBURSEMENTS

10/28/04 7100  FILING FEE                                  150.00
                                                       -----------
               TOTAL DISBURSEMENTS                $         150.00

BILLING SUMMARY

               TOTAL FEES                        $         720.00

REPRINT OF BILLED DETAILS (as billed)
PTINTF-26574-001 RBS                                            Page    2

                    TOTAL DISBURSEMENTS              $        150.00
                                                         - - - - - - - - - - -
                    TOTAL CHARGES FOR THIS BILL       $        870.00

REPRINT OF BILLED DETAILS (as billed)

```
                Bill number PTINTF-26574-002 RBS
                    Bill date   12/10/04
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

```
11/01/04 SGR   Review and Revision of Complaint
                              .20 hrs  200  /hr     40.00
11/09/04 CTM   Review of Electronic Court Documents regarding
               Summons and Complaint
                              .10 hrs   70  /hr      7.00
11/15/04 SMC   Review of Case Management Order from the Court
                              .10 hrs  200  /hr     20.00
11/15/04 CTM   Review of Electronic Court Documents regarding
               Order
                              .10 hrs   70  /hr      7.00
11/29/04 SMC   Letter to Legal Errands regarding Status of
               Service
               Review of Correspondence from Legal Errands
               Memo to File
                              .20 hrs  200  /hr     40.00
                                                 -----------
               TOTAL FEES                    $      114.00
```

DISBURSEMENTS

```
11/30/04 COPY  Photocopies                          36.47
11/30/04 CRDB  Computer Research - Dun & Bradstreet 66.64
11/30/04 PO    Postage Charges                      13.44
                                                 -----------
               TOTAL DISBURSEMENTS           $      116.55
```

BILLING SUMMARY

```
               TOTAL FEES                    $      114.00

               TOTAL DISBURSEMENTS           $      116.55
                                                 -----------
               TOTAL CHARGES FOR THIS BILL   $      230.55
```

REPRINT OF BILLED DETAILS (as billed)


Bill number PTINTF-26574-003 RBS
Bill date   01/10/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies   (26574)

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 12/04/04 | SMC | Update Litigation Status Report | | | | |
| | | | .10 hrs | 200 | /hr | 20.00 |
| 12/07/04 | SMC | Phone Conference with J. O'Donovan at Legal Errands<br>Letter to J. O'Donovan | | | | |
| | | | .20 hrs | 200 | /hr | 40.00 |
| 12/08/04 | SMC | Review of Affidavit of Service<br>Memo to File | | | | |
| | | | .10 hrs | 200 | /hr | 20.00 |
| 12/28/04 | CTM | Review of Electronic Court Documents regarding Default Entry | | | | |
| | | | .10 hrs | 70 | /hr | 7.00 |
| | | TOTAL FEES | | | $ | 87.00 |

DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| 12/09/04 | 7100 | Service Fee | | 175.00 |
| 12/31/04 | COPY | Photocopies | | 2.80 |
| | | TOTAL DISBURSEMENTS | $ | 177.80 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 87.00 |
| TOTAL DISBURSEMENTS | $ | 177.80 |
| TOTAL CHARGES FOR THIS BILL | $ | 264.80 |

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-26574-004 RBS
Bill date   02/10/05

International Painters and Allied Trades
  Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies   (26574)

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | hrs | rate | | Amount |
|---|---|---|---|---|---|---|
| 01/04/05 | SMC | Letter to P. Gilbert | | | | |
| | | | .10 hrs | 200 | /hr | 20.00 |
| 01/05/05 | SMC | Preparation of Motion for Default Judgment | | | | |
| | | | 1.10 hrs | 200 | /hr | 220.00 |
| 01/06/05 | SMC | Preparation of Motion for Default Judgment | | | | |
| | | | 2.50 hrs | 200 | /hr | 500.00 |
| 01/07/05 | SMC | Review and Revision of Motion for Default Judgment | | | | |
| | | | 1.30 hrs | 200 | /hr | 260.00 |
| 01/07/05 | SGR | Review and Revision of Motion for Default Judgment | | | | |
| | | | .50 hrs | 200 | /hr | 100.00 |
| 01/10/05 | SMC | Review and Revision of Motion for Default Judgment | | | | |
| | | | .70 hrs | 200 | /hr | 140.00 |
| 01/10/05 | EBM | Review of File regarding Treatment for Liquidated Damages vs. Late Fees | | | | |
| | | | .10 hrs | 200 | /hr | 20.00 |

```
                                              ------------
              TOTAL FEES                    $    1,260.00
```

DISBURSEMENTS

```
                                              ------------
              TOTAL DISBURSEMENTS            $        .00
```

BILLING SUMMARY

```
              TOTAL FEES                    $    1,260.00
                                              ------------
              TOTAL CHARGES FOR THIS BILL    $    1,260.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                Bill number PTINTF-26574-005 RBS
                     Bill date   03/10/05
```

International Painters and Allied Trades
  Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

```
02/10/05 SMC  Review of Status of Default Motion
                                  .10 hrs  200  /hr      20.00
02/17/05 SMC  Review of Status of Default Motion on PACER
                                  .10 hrs  200  /hr      20.00
                                                    -----------
              TOTAL FEES                      $          40.00

DISBURSEMENTS

                                                    -----------
              TOTAL DISBURSEMENTS              $            .00

BILLING SUMMARY

              TOTAL FEES                       $          40.00
                                                    -----------
              TOTAL CHARGES FOR THIS BILL      $          40.00
```

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-26574-008 RBS
Bill date   06/10/05

International Painters and Allied Trades
  Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | | | |
|---|---|---|---|---|---|
| 05/24/05 | SMC | Review of Executed Default Judgment | | | |
| | | .10 hrs | 200 | /hr | 20.00 |
| 05/24/05 | CTM | Review of Electronic Court Documents regarding Judgment | | | |
| | | .10 hrs | 70 | /hr | 7.00 |
| 05/25/05 | SMC | Preparation of Letter to T. Montemore and P. Gilbert | | | |
| | | .10 hrs | 200 | /hr | 20.00 |
| | | TOTAL FEES | | $ | 47.00 |

DISBURSEMENTS

| | | | | | |
|---|---|---|---|---|---|
| 05/31/05 | FAX | Fax Charges | | | 1.50 |
| | | TOTAL DISBURSEMENTS | | $ | 1.50 |

BILLING SUMMARY

| | | | |
|---|---|---|---|
| TOTAL FEES | | $ | 47.00 |
| TOTAL DISBURSEMENTS | | $ | 1.50 |
| TOTAL CHARGES FOR THIS BILL | | $ | 48.50 |

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-26574-009 RBS
                     Bill date   07/11/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

06/10/05 SMC  Update Litigation Report
                               .40 hrs  200  /hr     80.00
06/27/05 SMC  Preparation of Letter to Court Requesting
              Registered Judgment
                               .20 hrs  200  /hr     40.00
                                                  ------------
              TOTAL FEES                    $       120.00

DISBURSEMENTS

06/23/05 7100 Certified Judgment                     19.50
                                                  ------------
              TOTAL DISBURSEMENTS            $        19.50

BILLING SUMMARY

              TOTAL FEES                     $      120.00

              TOTAL DISBURSEMENTS            $       19.50
                                                  ------------
              TOTAL CHARGES FOR THIS BILL    $      139.50
```

REPRINT OF BILLED DETAILS (as billed)


```
                  Bill number PTINTF-26574-010 RBS
                       Bill date   08/10/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

07/11/05 SMC  Review of Correspondence from P. Gilbert
              Review of Certified Judgment
              Legal Research regarding Local Counsel
              Phone Conference with Attorney C. Krieg
              Preparation of Letter to Attorney C. Krieg
                             .40 hrs  200  /hr      80.00
07/27/05 SMC  Review of Correspondence from G. Meyers
              Review of Documents
                             .20 hrs  200  /hr      40.00
                                                -----------
              TOTAL FEES                    $      120.00

DISBURSEMENTS

07/31/05 COPY Photocopies                           13.58
07/31/05 FAX  Fax Charges                            5.25
                                                -----------
              TOTAL DISBURSEMENTS            $       18.83

BILLING SUMMARY

              TOTAL FEES                    $      120.00

              TOTAL DISBURSEMENTS            $       18.83
                                                -----------
              TOTAL CHARGES FOR THIS BILL   $      138.83
```

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-26574-011 RBS
Bill date   09/12/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

08/01/05 SMC   Review of Correspondence from G. Meyers
                                    .10 hrs  200  /hr      20.00
08/02/05 SMC   Phone Conference with Attorney C. Krieg (2x)
               Preparation of Letter to P. Gilbert (3x)
               Phone Conference with P. Gilbert
               Review of Documents
               Calculate Attorneys' Fees and Costs
                                   1.50 hrs  200  /hr     300.00
08/03/05 SMC   Phone Conference with Attorney C. Krieg (2x)
               Phone Conference with T. Montemore and Attorney
               C. Krieg
               Review of Correspondence from P. Gilbert and T.
               Montemore
               Review of Correspondence from P. Gilbert and V.
               McGlone
               Review of Correspondence from T. Montemore
                                   1.50 hrs  200  /hr     300.00
08/08/05 SMC   Phone Conference with B. Moore
               Review of Documents
               Review of Correspondence from P. Gilbert
                                    .40 hrs  200  /hr      80.00
08/16/05 SMC   Phone Conference with Attorney C. Krieg, Local
               Counsel
               Preparation of Letter to T. Montemore and P.
               Gilbert
               Phone Conference with B. Moore, Auditor
                                    .80 hrs  200  /hr     160.00
08/18/05 SMC   Preparation of Letter to G. Meyers
                                    .20 hrs  200  /hr      40.00
08/22/05 SMC   Review of Correspondence from T. Montemore
               Phone Conference with T. Montemore
               Preparation of Letter to B. Moore, Auditor
               Review of Correspondence from B. Moore
                                    .50 hrs  200  /hr     100.00
08/23/05 SMC   Phone Conference with T. Montemore
               Phone Conference with Attorney c. Krieg

```
REPRINT OF BILLED DETAILS (as billed)
PTINTF-26574-011 RBS                                          Page     2

                Preparation of Letter to B. Moore, Auditor
                Review of Correspondence from P. Gilbert
                Preparation of Letter to P. Gilbert
                                    1.00 hrs  200  /hr      200.00
08/29/05 SMC   Review of Correspondence from B. Moore
                Phone Conference with V. Zappola of Company
                Phone Conference with T. Montemore
                Review of Correspondence from T. Montemore (2x)
                                     .80 hrs  200  /hr      160.00
08/30/05 SMC   Review of Correspondence from T. Montemore
                Preparation of Letter to T. Montemore
                Preparation of Letter to V. Zappola
                Phone Conference with V. Zappola
                                    1.00 hrs  200  /hr      200.00
                                                         -----------
                TOTAL FEES                          $       1,560.00

DISBURSEMENTS

08/31/05 FAX   Fax Charges                                     6.00
                                                         -----------
                TOTAL DISBURSEMENTS                 $           6.00

BILLING SUMMARY

                TOTAL FEES                          $       1,560.00

                TOTAL DISBURSEMENTS                 $           6.00
                                                         -----------
                TOTAL CHARGES FOR THIS BILL         $       1,566.00
```

REPRINT OF BILLED DETAILS (as billed)
PTINTF-26574-ALL RBS                                      Page     1


                    REPORT TOTALS

                    TOTAL FEES                            4,068.00

                    TOTAL DISBURSEMENTS                     490.18
                                                        -----------
                                                          4,558.18