UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>       Plaintiff,<br><br>    v.<br><br>DESIGN TECHNOLOGIES<br><br>    and<br><br>VINCENT ZAPPOLA, individually and d/b/a Design Technologies<br><br>       Defendants. | Civil Action No. 07-1130 (CKK) |

ORDER
(May 15, 2008)

On April 24, 2008, the Court issued an Order and Judgment by Default Against Defendants, but reserved on Plaintiff's request for attorney's fees. *See* Docket No. [13]. By Minute Order dated the same day, the Court advised Plaintiff that it had reviewed its request for attorney's fees, and determined that Plaintiff appeared to request attorney's fees associated with an earlier lawsuit and the efforts in pursuit of an audit in connection with that lawsuit. *See* Minute Order, Apr. 24, 2008. The Court further noted that a claim in that respect did not appear to be included in Plaintiff's complaint in this case, and that Plaintiff had not precisely broken out the attorney's fees associated with litigating the instant lawsuit. *Id.* The Court therefore ordered Plaintiff to submit to the Court a list of the fees associated with litigating the instant case and–in the event that Plaintiff believed it was entitled to attorney's fees in connection with its efforts in pursuit of an audit in the previous lawsuit–legal authority in support of that claim. *Id.* Plaintiff

failed to do so by the due date set by the Court, May 8, 2008, and has not done so in the week since that date passed.

Accordingly, it is this 15th day of May, 2008, hereby

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment is DENIED insofar as it requests attorney's fees.

**SO ORDERED**.

                                                              /s/
                                  COLLEEN KOLLAR-KOTELLY
                                  United States District Judge