IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) |
| Plaintiff, | ) CIVIL ACTION NO. 07-1130 |
| v. | ) ) |
| DESIGN TECHNOLOGIES | ) ) |
| and | ) ) |
| VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) ) |
| Defendants. | ) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiff in the above-captioned matter.

                                  Respectfully submitted,

                                  JENNINGS SIGMOND, P.C.

                                  BY: s/ Sanford G. Rosenthal
                                  SANFORD G. ROSENTHAL
                                  Bar No. 478737
                                  The Penn Mutual Towers, 16th Floor
                                  510 Walnut Street
                                  Philadelphia, PA  19106-3683
                                  (215) 351-0611

Date: May 16, 2008

193235-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Appearance for Sanford G. Rosenthal were transmitted via first class mail, postage prepaid on the date set forth below to:

DESIGN TECHNOLOGIES
888 Huguenot Avenue
Staten Island, NY 10312

And

VINCENT ZAPPOLA
D/B/A DESIGN TECHNOLOGIES
888 Huguenot Avenue
Staten Island, NY 10312

      Respectfully submitted,

      JENNINGS SIGMOND, P.C.

BY:  s/ Sanford G. Rosenthal
      SANFORD G. ROSENTHAL
      Bar No. 478737
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street
      Philadelphia, PA 19106-3683
      (215) 351-0611

Date: May 16, 2008

193235-1