## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1130(CKK) |
| v. | ) ) | |
| DESIGN TECHNOLOGIES | ) ) | |
| and | ) ) | |
| | ) | |
| VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER OF MAY 16, 2008 DENYING PLAINTIFF'S MOTION FOR DEFAULT WITH RESPECT TO ATTORNEY'S FEES

Plaintiff International Painters and Allied Trades Industry Pension Fund ("Fund" or "Plaintiff"), by its legal counsel, respectfully moves this Court for reconsideration of its denial of attorney's fees and costs in its May 16, 2008 Order. Counsel for the Plaintiff wishes in all events to apologize and explain the belated response to this Court's Order of April 24, 2008, requiring a detailed accounting of the attorney fees and costs associated with this action, and its other actions.

The grounds for this Motion are as follows:

Background

1.      On April 24, 2008, this Court entered an Order and Judgment by Default against Defendants, but reserved judgment on Plaintiff's request for attorney's fees and costs.  The Court

ordered that the Plaintiff submit additional information related to its claim for attorney's fees and costs.

2.     With no response to its order, the Court entered an Order denying attorney's fees on May 16, 2008.

Apologies with Explanation

3.     Plaintiff's Counsel first apologizes for including matters not clearly raised by the current Complaint in the motion for judgment by default.

a.     The firm did not receive copies of relevant materials on enforcement of the prior case and judgment from New York counsel until after the complaint in this matter was filed. The complaint thus did not allege them.

b.     The complaint should have been amended to add the additional claims. The omission was due to a good faith effort, if errant, attempt to expedite matters with a defaulting defendant with a history of non-compliance and was disclosed substantively in the motion that was served on the defaulting defendants.

4.     Plaintiff's Counsel additionally is deeply apologetic for belated notice and response to the Court's April 24, 2008 Order for detail on attorney fees.

a.     Counsel for Plaintiff acknowledges that notice of the Court's order was electronically sent to two attorney emails for the firm.

b.     After the filing of the Complaint in this matter, Sanford Rosenthal went on medical leave for post-polio syndrome and subsequently left the active practice of law due to disability. His email normally was monitored by a paralegal whose primary duty is to review and distribute email notices from multiple courts to all lawyers in the office working on a case.

At the time of the April 25 email, the firm was in the process of changing paralegal staff and review of the backlog in email by Shanna Cramer, another office lawyer, did not forward the Court's notice for reasons we cannot explain beyond volume.

      c.     Undersigned counsel also receive the notice, but it arrived during trial preparation and trial of a major withdrawal liability claim, which was followed by an absence from the office to retrieve a son from college, two full days of trustee meetings and the unexpected death and funeral of a good friend and a resultant backlog.

      d.     In proof of Murphy's law, the firm's redundant review process apparently backfired and failed as both reviewers relied on the other during busy periods.

Reasons for Reconsideration

     5.     The Court has authority to allow a filing out of time.

     6.     The interests of justice will be served by allowing filing out of time and an award of attorney's fees and costs for this case **only**.

     7.     Denying fees will only reward a defendant who repeatedly has failed to comply with past court orders and its ongoing contractual contribution obligations. The Plan's past history with the Defendants (and indeed the source of the current problem) suggests that Defendants will not voluntarily comply with the judgment entered by the Court.

     8.     The current order denying fees may preclude the Plan from recovering, not only fee and costs to date, but also additional fees and costs incurred in enforcing the Court's current judgment. Denying fees in this context may substantially or entirely eviscerate the current judgment, reward Defendants for their own default and contempt of court judgments and deny the Court's judgment the respect that it is due. The prior orders and past history of the

Defendants are detailed in the attached Exhibits 1 through 3 and the fee detail in Exhibits 4 and 5.

Requested Relief

      9.     Plaintiff request an award of fees and costs for this case **only** as follows.

      a.     The Jennings Sigmond fees and costs from litigating the instant case to date are $7,418.15. These fees are separately accounted for and are attached as Exhibit 6. There has been no other counsel as yet in this case.

      b.     The order should also allow for additional fees and costs that the Plaintiff may incur in enforcing the Court's current judgment.

      10.    **Plaintiff do NOT seek to amend the complaint in this action and withdraw any requests for other fees in this case**. The withdrawn fee requests are itemized as follows to respond fully to the Court's order of April 24, 2008.

      a.     The Jennings Sigmond fees and costs from October 2004 through May 2007, which were related to the Plaintiff's numerous attempts to audit the Defendants, were $9,196.83. An accounting of these fees is attached as Exhibit 4. This amount does not include the $2,605.35 awarded by Judge Leon in the May 21, 2005 Judgment.

      b.     Local counsel fees and costs related to enforcing the audit under the May 21, 2005 Judgment were $15,531.23. An accounting of these fees is attached as Exhibit 5.


      **WHEREFORE,** Plaintiff respectfully requests that this Court reconsider its May 16, 2008 Order denying attorney's fees and costs, enter an amended judgment in favor of the

Plaintiff, to include attorney's fees and costs in the amount of $7,418.15 and additional

fees and costs that the Plaintiff may incur in enforcing the Court's current judgment and grant

such other relief as may be just, necessary or appropriate.

Respectfully submitted,

JENNINGS SIGMOND, P.C.
BY: /s/ Kent Cprek
KENT CPREK (I.D. # 478231)
510 Walnut Street, Suite 1600
Philadelphia, PA   19106-3683
215-351-0615
Counsel for Plaintiff

OF COUNSEL

PHILIP A. LOZANO
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA   19106-3683

Date:   May 29, 2008

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1130(CKK) |
| v. | ) ) | |
| DESIGN TECHNOLOGIES | ) ) | |
| and | ) ) | |
| VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) ) | |
| Defendants. | ) | |

## AMENDED ORDER AND JUDGMENT BY DEFAULT AGAINST DEFENDANTS

Upon consideration of the Complaint and Plaintiff's Motions for Entry of Judgment by Default and Reconsideration of the Court's May 16, 2008 order, supporting Memorandum, declarations and attached exhibits, it appears to the Court that Defendants were served with process and have inexcusably, knowingly and willfully failed to appear, plead or otherwise defend, and the default against said Defendants having been entered, the Court **FINDS**:

A.    Defendants, Design Technologies ("Company") and Vincent Zappola ("Individual Defendant" and together with Company, "Defendants") are bound to collective bargaining agreements requiring them to remit fringe benefit contributions and other sums to Plaintiff.

B.    Defendants have failed to remit to Plaintiff the fringe benefit contributions and other sums required by the collective bargaining agreement.

C.    Individual Defendant is the owner or proprietor of Company, an unincorporated business, and thus, is personally liable for all amounts due to Plaintiff.

Consistent with these findings, it is **ORDERED**:

1.    The Order of May 16, 2008 denying Plaintiff's claim for Attorneys' fees and costs is hereby vacated.

2.    Plaintiff's Motion for Reconsideration is granted.

3.    Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and 29 U.S.C. § 1132(g)(2)(A) through (E), judgment is entered in favor of Plaintiff, International Painters and Allied Trades Industry Pension Fund ("Pension Fund" or "Plaintiff"), and against Defendants, jointly and severally, in the amount of $103,061.56[1], which consists of the following:

(a)    Unpaid contributions in the amount of $68,372.37 for the period May 2005 through April 2007;

(b)    Liquidated damages in the amount of $16,804.77;

(c)    Interest through September 30, 2007 in the amount of $7,034.39. The contribution amount in Paragraph 2(a) shall continue to bear interest as provided in 29 U.S.C. § 1132(g)(2)(B) and 26 U.S.C. §6621, as from time to time amended, until the date of actual payment.

(d)    $3,431.88 in late charges for the period of September 2004 through April 2007.

(e)    $7,418.15, representing the attorneys' fees and costs incurred in this action only through April 1, 2008.

4.    This order is without prejudice to any claims under a prior judgment in Civ. No. 04-1942 (RJL) (D.D.C.), captioned *International Painters and Allied Trades Industry Pension Fund, et al v. Design Technologies, et al*, and related transferred judgments and agreements.

---

[1] Amounts have been revised to reflect the withdrawal of the claim for attorneys' fees and costs related to the enforcement of the previous judgment and audit.

5.    Defendants, their owners, officers, agents, servants, attorneys and all other persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with the accompanying contributions and dues for all periods Defendants are obligated to do so under the collective bargaining agreement(s).

6.    Within ten (10) days of the entry of this Order, Defendants shall fully and accurately complete and submit to the Plaintiff any and all outstanding remittance reports, including but not limited to reports and contributions for the period May 2005 through April 2007, together with a check for the full amount of the contributions and dues due, including interest and liquidated damages.

7.    Within twenty (20) days of a request by Plaintiff or its counsel, Defendants shall make available to the designated representative of the Plaintiff all payroll books and related records necessary for Plaintiff to ascertain the precise amount of any delinquent contributions due and owing to Plaintiff for all periods in which Defendants are obligated to make fringe benefit contributions to the Plaintiff and Defendants shall bear the costs of said audit.

8.    Plaintiff shall have the right to conduct future audits for all relevant periods, including the time periods covered by this judgment. Defendants shall be and hereby are restrained and enjoined from failing and refusing to submit to such audits by certified public accountants selected by Plaintiff and shall produce all payroll books and related records requested by Plaintiff, including, but not limited to, payroll, wages, general ledger and cash disbursement records, compensation insurance audits and by other pertinent records deemed necessary for the purpose of ascertaining and/or verifying payments and/or liabilities to Plaintiff. Defendants shall pay Plaintiff any additional amounts found owing, plus such other amounts as

set forth in the Agreement, the Agreement and Declaration of Trust of the Pension Fund, the International Painters and Allied Trades Industry Pension Plan, ERISA or any other applicable law.

9.  If additional delinquencies are discovered pursuant to the submission of the remittance reports or to the audit referred to above, or as a result of additional information that becomes available to the Plaintiff, the Plaintiff may apply to the Court for an additional or supplemental judgment reflecting any additional delinquencies, interest, late fees, liquidated damages, attorneys' fees and costs, pursuant to ERISA, 29 U.S.C. § 1132(g)(2) together with any audit costs incurred by the Plaintiff.

10.  If any such further action by the Plaintiff is required, it may apply to this Court or to the court in which enforcement is sought, for such further reasonable attorneys' fees and costs in addition to those set out in Paragraph 2(d) above. See, International Painters and Allied Trades Industry Pension Fund v. H.W. Ellis Painting Co., Inc., No. 03-1125, slip. op. at *3 (D.D.C. February 10, 2004) (citing Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989)).

11.  If Defendants fail to comply with any of the terms of this Order, the Plaintiff may, in addition to pursuing the remedies provided for under Federal Rule of Civil Procedure 69, reopen this case upon motion to the Court and notice to the Defendants, and may at that time ask for further appropriate monetary and/or injunctive relief.

BY THE COURT

Date:_____    By: _____
                                       Colleen Kollar-Kotelly,         J.
                                       United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1130(CKK) |
| v. | ) ) | |
| DESIGN TECHNOLOGIES | ) ) | |
| and | ) ) | |
| VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) ) ) | |
| Defendants. | ) | |

### MEMORANDUM OF POINTS AND AUTHORITIES
### IN SUPPORT OF MOTION FOR RECONSIDERATION OF MAY 16, 2008 ORDER
### DENYING PLAINTIFF'S MOTION FOR DEFAULT
### WITH RESPECT TO ATTORNEY'S FEES

Plaintiff International Painters and Allied Trades Union Industry Pension Fund ("Pension Fund" or "Plaintiff"), by its legal counsel, submits this Memorandum of Points And Authorities in Support of its Motion for Reconsideration of this Court's Order Denying Plaintiff's Motion for Default With Respect to Attorney's Fees and Permission to File Out of Time.

### BACKGROUND

The original background of this case is set forth in Plaintiff's Motion for Entry of Judgment by Default. In brief, Defendant(s) is an unincorporated business that has failed to pay fringe benefit contributions, required by its union contracts and related agreements, and refuses to allow an audit of its records to determine the proper amount of contributions due Plaintiff.

On April 24, 2008, this Court entered an Order and Judgment by Default against Defendants, but reserved judgment on Plaintiff's request for attorney's fees and costs. The Court ordered that the Plaintiff submit additional information related to its claim for attorney's fees and costs. With no response to its order, the Court entered an Order denying attorney's fees on May 16, 2008.

## ARGUMENT

### I.    PLAINTIFF'S COUNSEL APOLOGIZES TO THE COURT.

Counsel for Plaintiff acknowledges its errors to this Court. Particularly, Plaintiff recognizes the Complaint filed in this matter should have detailed the prior judgment against Defendants and the subsequent settlement agreement. Counsel has however been seeking an audit of this company since 2003 without success and mistakenly acted without the further delay of an amended complaint. We do not now seek a further delay or burden on this Court by an amendment of the complaint, but will happily do so if the Court so desires.

Counsel for Plaintiff also acknowledges that it received notice of this Court's order to produce additional detail regarding attorneys' costs and fees and missed this Court's deadline of May 8, 2008. The omission was not intentional and was occasioned by a period of staff changes and backlog that unfortunately led two busy reviewers to relay on the other and miss the email notice. We have supplied the information requested by the Court in Exhibits 4, 5 and 6 to this motion, but seek only fees for this case in an amended order.

### II.    THE INTEREST OF JUSTICE WOULD NOT BE SERVED BY DENYING ATTORNEYS' COSTS AND FEES AND REWARDING A CONTEMPUOUS DEFENDANT

Counsel for Plaintiff asks that the Court reconsider its denial of attorneys' fees and cost as a sanction in the interests of justice. Denying attorney fees in this case (especially as concerns

future collection efforts) may substantially or entirely eviscerate the current judgment, reward Defendants for their own default and contempt of court judgments and deny the Court's judgment the respect that is due it.

The Fund has not yet been able to obtain an audit of Defendants despite the federal May 21, 2005 Order, a New York state court order and the stipulation signed by Defendant's own counsel. An order denying fees in this case – especially as concerns future fees and costs of enforcing and collecting the judgment - is likely to encourage the Defendants to continue to disregard and ignore court orders for an audit. The reduction in collection will adversely affect plan participants and give the Defendants an unwarranted competitive advantage over other painting contractors who pay their debts accurately and on time.

Defendants' union contract(s) provides, in pertinent part, "If the required Art. XX Fringe Benefit Contributions become delinquent ... there shall be added to the obligation of the delinquent Signatory Employer, all reasonable expenses incurred by the Trustees in the collection of any delinquency, liquidated damages and interest including but not limited to (i) reasonable attorneys' fees; (ii) accountant fees; (iii) cost of attachment and execution; (iv) bond; (v) receivers; and (vi) court costs."(See Art. XXI. Sec 2. (c), Labor Contract, Exhibit 2, Plaintiff Motion for Default Judgment, Docket No. 7) (emphasis added). The Court should enforce this contractual obligation despite the acknowledged procedural errors in this case.

A.    **The Court Can Reconsider Its Order**

The courts do allow default judgments, based on an absent or belated response, to be set aside in order to serve the fair administration of justice, Jackson v. Beech, 636 F. 2d 831, 835 (D.C. Cir. 1980). The decision whether a default judgment should be set aside is committed to

the sound discretion of the trial court, International Painters and Allied Trades Union and Industry Pension Fund v. H.W. Ellis Painting Company, Inc., 288 F.Supp.2d. 25, 26 (D.D.C. 2003).

The Court has the same authority here in reverse on reconsideration. In Ali v. Mid-Atlantic Settlement Services, Inc., 235 F.R.D. 1, 2 (D.D.C. 2006), the court set aside a default judgment and granted plaintiff's motion for reconsideration regarding the denial of monetary sanctions. In granting plaintiff's motion for reconsideration, the court found that the defendant's actions were willful and repeated, and caused unnecessary delay and cost and imposed monetary sanctions on the defendant. Id. Defendants' pattern of behavior in the instant case is similar. A balancing of the equities indicates that a denial of fees would simply reward Zappola for his defiance of the court and his disregard for his own agreements.

The Court has broad discretion to grant or deny motion for reconsideration and will revise its decision if it finds an (1) intervening change in controlling law, (2) availability of new evidence, or a (3) need to correct clear error or manifest injustice, McDonnell Douglas Corp. v. NASA, 109 F. Supp. 2d 27, 28 (D.D.C. 2000). The Court should grant Plaintiff's Motion for Reconsideration on the second and third grounds. Counsel has provided additional evidence regarding the attorneys' fees and costs and Defendant's history. In this factual context, it would be manifestly unjust to allow Defendants to continue to disregard the authority of this Court without paying the costs incurred as a result of their failure to comply with court orders and their obligations under the Labor Contract(s).

**B.    Defendants Have a History of Non-Compliance with Judgments**

Defendants have a long history of violating the terms of their own agreements as well as disregarding the authority of the courts. This additional evidence suggests that denying attorney fees for the errors of Plaintiff's counsel is not an optimal sanction for the errors in this case, as it will primarily reward a non-compliant Defendant and encourage contempt and disregard of the Court's judgment in this case.

Plaintiff first filed a complaint against the Defendants in the United States District Court District of Columbia on November 8, 2004 in Civ. No. 04-1942 (RJL), captioned *International Painters and Allied Trades Industry Pension Fund, et al v. Design Technologies, et al.* (the "2004 DC Case"). On May 21, 2005, Judge Richard J. Leon entered a Default Judgment and Order ("May 21, 2005 Judgment"), awarding the Plaintiff $50,290.93 and ordered Defendants to submit to an audit, attached as Exhibit 1 to this motion. Of the $50,290.93 award, $2,605.35 was related to attorneys' costs and fees.

Plaintiff retained local counsel in New York, where Defendants are located, in an effort to enforce the May 21, 2005 Judgment. Defendants resisted Plaintiff's efforts to collect the Judgment amount and repeatedly failed to submit to an audit. Plaintiff expended considerable resources in its attempts to obtain the Defendants' compliance with the May 21, 2005 Judgment. See Exhibits 4 and 5 to this motion (fees for May 24, 2001 to May 7, 2007). These attempts culminated in Plaintiff's seeking relief in the Supreme Court of the State of New York, County of Richmond.

On May 31, 2006, Judge Joseph J. Maltese of the Supreme Court of the State of New York entered an order ("May 31, 2006 Order") requiring Defendants to 1) submit to an audit, and 2) attend an enforcement deposition. A true and correct copy of the May 31, 2006 Order is attached as Exhibit 2 to this motion.

On November 21, 2006, Counsel for Plaintiff and Defendants executed a Joint Stipulation, by which Defendants agreed to pay the principal balance of the May 21, 2005 Judgment and submit to an audit. A true and correct copy of the Joint Stipulation is attached as Exhibit 3. Defendants paid the balance of the May 21, 2005 Judgment, but again failed to submit to an audit. Because the underlying money judgment was satisfied, local counsel advised Plaintiffs that no further remedies were available to enforce the audit in New York state court.

During the pendency of the action before Judge Leon and the collection action before the Supreme Court of the State of New York, the Plan learned of additional clearly delinquent contribution amounts for August 2004 through June 2007 with a principal balance of $68,372.37. Plaintiff brought this action in order to obtain a Judgment for these amounts and renewed the audit demand.


### C.    The Fee Information Requested by the Court Has Been Provided

In support of this motion, Plaintiff has attached the detail on attorney fees and costs requested by the Court's order of April 24, 2008 in Exhibits 4 through 6 to this motion. Plaintiff seeks only the Jennings Sigmond fees and costs from litigating the instant case in the amount of $7,418.15 and the future costs of enforcing and collecting the current judgment.

If the Court remains convinced that a denial of fees is appropriate, we ask that the Court clarify that the denial is limited to fees in the case. While this is the apparent result in all events, Board of Trustees of Hotel and Restaurant Employees Local 25 v. Madison Hotel, Inc., 97 F.3d 1479, 1489 (C.A.D.C., 1996), it will help to state expressly that the Court is not seeking to impair enforcement of Judge Leon's prior judgment or the stipulation. May v. Parker-Abbott

<u>Transfer and Storage, Inc.</u> 899 F.2d 1007, 1010 (Colo.,1990) (Court notes that express order on preclusion can modify normal rules).

<div style="margin-left: 40%;">

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: <u>/s/ Kent Cprek</u> _____
    KENT CPREK (I.D. #478231)
    PHILIP A. LOZANO
    The Penn Mutual Towers – 16th Floor
    510 Walnut Street
    Independence Square
    Philadelphia, PA   19106-3683
    215-351-0615/0669
    Counsel for Plaintiff

</div>

Date:   <u>May 29, 2008</u>

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury that the foregoing Motion

for Reconsideration was served by mailing same first class mail, postage prepaid, on the date

listed below to:

<div align="center">

DESIGN TECHNOLOGIES
888 Huguenot Avenue
Staten Island, NY  10312

And

VINCENT ZAPPOLA
D/B/A DESIGN TECHNOLOGIES
888 Huguenot Avenue
Staten Island, NY  10312

</div>

        /s/ Kent Cprek _____
        KENT CPREK, ESQUIRE

Date: May 29, 2008

**Morton, Cathy**

**From:** DCD_ECFNotice@dcd.uscourts.gov
**Sent:** Tuesday, May 24, 2005 9:54 AM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:04-cv-01942-RJL INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. DESIGN TECHNOLOGIES et al "Default Judgment"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from zwhb, entered on 5/24/2005 at 9:54 AM and filed on 5/24/2005

**Case Name:** INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND v. DESIGN TECHNOLOGIES et al

**Case Number:** 1:04-cv-1942

**Filer:**

**WARNING: CASE CLOSED on 05/24/2005**

**Document Number:** 8

**Docket Text:**
DEFAULT JUDGMENT in favor of International Painters and Allied Trades Industry Pension Fund against DESIGN TECHNOLOGIES, VINCENT ZAPPOLA. Signed by Judge Richard J. Leon on 5/21/05. (whb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\Scan Repository\Burwell\04-1942.pdf
**Electronic document Stamp:**
STAMP dcecfStamp_ID=973800458 [Date=5/24/2005] [FileNumber=773565-0]
[67df60c5cd8e4d738a86730f03f0ed469d736d055ec7094d8ec891c2c46e12049e80e
159b12229de2f4ae2b6c143f63b0ef11ce52a5ef42c03e378e390b09676]]

**1:04-cv-1942 Notice will be electronically mailed to:**

Sanford G. Rosenthal    usdc-dc@jslex.com,

**1:04-cv-1942 Notice will be delivered by other means to:**



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 04-1942 (RJL) |
| v. | ) ) | |
| DESIGN TECHNOLOGIES VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) ) ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT AND ORDER

In consideration of Plaintiff's Motion for Entry of Judgment by Default, the supporting

Memorandum and Declarations, and this Court being duly advised in the premises, it is this 21 st

day of May, 2005 ORDERED:

1.    Plaintiff's Motion is GRANTED.

2.    Judgment is entered in favor of Plaintiff, International Painters and Allied Trades

Industry Pension Fund ("Pension Fund" or "Fund") and against Defendants, Design

Technologies ("Company") and Vincent Zappola ("Zappola" and together with Company,

"Defendants"), individually and d/b/a Design Technologies, in the amount of $50,290.93 which

includes the following:

(a)    Contributions in the amount of $38,757.30 for the period September 2003

through November 2004.

(b)    Interest on the unpaid contributions set out in ¶2(a) above through January

15, 2005 in the amount of $1,176.82. The contribution amount in ¶2(a)

will continue to bear interest as provided in 29 U.S.C. §1132(g)(2)(B) and

26 U.S.C. §6621, as from time to time amended, until the date of actual

146258-1

payment.

(c)     Liquidated damages in the amount of $7,751.46.

(d)     Attorneys' fees and costs in the amount of $2,605.35 through January 11, 2005.

3.      Defendants, their owners, officers, agents, servant, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying pension contributions for all periods for which Defendants are obligated to do so under their collective bargaining agreement(s).

4.      Within fifteen (15) days of a request by the Fund or its agents, Defendants shall make available to the designated representative of the Fund, all payroll books and related records of Defendants necessary for the Fund to ascertain the precise amount of contributions due and owing, if any, for the period from July 2002 to and including the date of the audit.

5.      Within a reasonable time after completion of the inspection of the payroll books and records and the receipt of overdue remittance reports, the Fund will file with the Court and serve upon Defendants an itemized and verified list of all delinquent contributions, liquidated damages, interest, attorneys' fees, costs and expenses. Absent objection within five (5) business days of service upon Defendants, the Court will enter final judgment in favor of the Fund and against Defendants as requested in the filed statement. In the event of an objection, the Court will determine the need for a further hearing.

6.      The Fund is awarded reimbursement of all additional attorneys' fees and costs it incurs in the collection and enforcement of this judgment as well as those incurred in the collection of any additional delinquent contributions which may be found to be due as a result of

146258-1

3

191

the audit provided for in this Order.

RICHARD J. LEON,                    J.
United States District Judge

Dated: **5/31/05**

Copies of this Default Judgment shall be sent to:

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Design Technologies
Vincent Zappola d/b/a Design Technologies
888 Huguenot Avenue
Staten Island, NY 10312

146258-1                              4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND              PART DCM 3

Index No.: 80034/2006
Motion No.: 1

INTERNATIONAL PAINTERS AND ALLIED TRADES
INTERNATIONAL PENSION FUND,

*Petitioners*

*against*

DECISION & ORDER
HON. JOSEPH J. MALTESE

DESIGN TECHNOLOGIES, VINCENT ZAPPOLA,
Individually and d/b/a DESIGN TECHNOLOGIES,

*Respondents*

The following items were considered in the review of this motion to compel

| Papers | Numbered |
|---|---|
| Notice of Petition and Affidavits Annexed | 1 |
| Answering Affidavits | 2 |
| Exhibits | Attached to Papers |

Upon the foregoing cited papers, the Decision and Order on this Motion is as follows:

The petitioner seeks an order pursuant to CPLR § 3124 compelling respondents, Design Technologies and Vincent Zappola, to comply with the Judgment Enforcement Subpoena previously served upon them. The respondents oppose this motion.

On May 21, 2005, the petitioner herein was granted a judgment in the United States District Court for the District of Columbia against the respondents in the amount of $50,290.93. On July 19, 2005 the judgment was docketed in the Clerk's Office of the United States District Court for the Eastern District of New York. Thereafter, on January 13, 2006, the petitioner docketed a transcript of the judgment in the office of the Clerk of the Supreme Court, Richmond County.

On September 14, 2005, the petitioner served a subpoena on the respondents which required them to attend an enforcement deposition pursuant to CPLR § 5223 as well as to produce documents relevant to the satisfaction of the judgment. The respondents did not appear for the depositions and have not produced any documents required by the subpoena.


EXHIBIT

In opposition, the respondent, Vincent Zappola, states that he is "completely ready, willing and able to pay the true amount due." He states in his affidavit that he has previously discussed and agreed with the petitioner that an audit of Design Technologies' books and records would be done so that a final determination could be made as to the amount due. The respondent also states that he is anticipating a motion to vacate the default judgment taken against him in the United States District Court for the District of Columbia and requests a stay in this action. Pursuant to Rule 60 of the Federal Rules of Civil Procedure, the movant would have only one year from the date of the default to vacate the judgment entered against him. The opposition papers submitted by the respondent are dated May 25, 2006, more than one year after the judgment was entered. However, until such time that a motion is filed, a stay is not appropriate in this case.

Accordingly, it is hereby:

ORDERED, that the petitioner's motion to compel the respondent to attend an enforcement deposition pursuant to CPLR § 5223 is granted to the extent that the petitioner is to conduct an audit of the respondents books and records by July 15, 2006; and it is further

ORDERED, that upon the completion of the audit, the respondent shall attend an enforcement deposition within 30 days, but no later than August 15, 2006.

ENTER,

DATED:        May 31, 2006

Joseph J. Maltese
Justice of the Supreme Court

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF RICHMOND

INTERNATIONAL PAINTERS AND ALLIED TRADES
INTERNATIONAL PENSION FUN,

Petitioner,

Index No.: 80034/2006

-against-

DESIGN TECHNOLOGIES, VINCENT ZAPPOLA,
Individually and d/b/a DESIGN TECHNOLOGIES

IT IS HEREBY STIPULATED BETWEEN, by the undersigned, attorneys of record for the parties herein as follows:

1. The Order to Show Cause will be settled upon all of the following conditons:

2. Plaintiff shall provide a payoff letter for the balance of the judgment entered herein.

3. Within three (3) business days thereafter, Defendant shall pay the balance of the judgment herein by certified, official or bank check. Upon payment, Plaintiff will notify the Court that the Order to Show Cause is withdrawn. Plaintiff shall also execute and issue a satisfaction of the money judgment in recordable form in the State of New York

4. Defendant shall submit to an audit covering the period of July 1, 2002 thru November 30, 2006, on or before December 31, 2006.

5. In the event that the audit determines that the amount owed for the period of July 1, 2002 through November 30, 2004 is less than the amount awarded in the Default Judgment and Order in the action entitled International Painters and Allied Trade Industry Pension Fund v. Design Technologies, Vincent Zappola, individually and d/b/a Design Technologies, Civil Action No. 04-1942(RJL), United States District Court for the District of Columbia, the Defendant shall receive a credit against all subsequent periods after November 30, 2004 for the amount the audit determines that the judgment was in excess of the amount to be determined under the audit. Additionally, all interest, liquidated damages and attorneys fees and costs shall be reduced proportionately by any reduction of the judgment herein.

6. Paragraph 5 of the Default judgment and Order shall apply except that Defendant shall have twenty (20) after service upon defendants to object to the itemized and verified list of all delinquent contributions, liquidated damages, interest, attorneys fees, costs and expenses.



7. A facsimile signature shall serve as an original and may be filed with the court.

Paykin, Greenblatt, Lesser & Krieg, LLP
Attorneys for Plaintiff
By: Charles D. Krieg, Esq.
185 Madison Avenue, 10th Floor
New York, New York 10016
(212) 725-4423

Brian D. Solomon, Esq.
Attorney for Defendant
182 Rose Avenue
Staten Island, New York 10306
(718) 698-1287

Jennings Sigmond, P.C.
Attorneys for Plaintiff
By: Shanna M. Cramer, Esq.
510 Walnut Street
Philadelphia, PA 19106
(215) 922-6700

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                         )
                          Plaintiff,     )    CIVIL ACTION NO. 07-1130
          v.                             )
                                         )
DESIGN TECHNOLOGIES                      )
                                         )
          and                            )
                                         )
VINCENT ZAPPOLA, individually and        )
   d/b/a Design Technologies             )
                                         )
                          Defendants.    )

**JENNINGS SIGMOND FEES AND COSTS RELATED TO THE PLAINTIFFS
ATTEMPTS TO AUDIT THE DEFENDANTS**

| | | |
|---|---|---|
| **September 2005 through July 2007** | = | **$ 7,304.00** |
| **May 2005 through August 2005** | = | **$ 1,892.83** |
| **Total** | = | **$ 9,196.83** |

**EXHIBIT**
4

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID: OT2025 - 13772
Monday, October 15, 2007

Printed By   MHT
Page   1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 26574 | Design Technologies | Sigmond, Richard B. |

Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|

| Post Date | Status | | | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|---|
| 09/30/2005 | Current Period | | | | 09/06/2005 | 9 | 2005 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/6/2005 | SMC | 3.50 | 3.50 | 200.00 | $700.00 | | Preparation for Teleconference<br>Phone Conference with T. Montemore<br>Phone Conference with Attorney C. Krieg and Vincent Zappola<br>Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to Attorney C. Krieg |

| Post Date | Status | | | | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|---|
| 09/14/2005 | Original Period Unlocked | | | | 09/14/2005 | 9 | 2005 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/7/2005 | SMC | 0.90 | 0.90 | 200.00 | $180.00 | | Review of Correspondence from P. Gilbert<br>Review of Correspondence from T. Montemore<br>Review of Updated Breakdown<br>Phone Conference with V. Zappola re: Reports<br>Preparation of Letter to T. Montemore and P. Gilbert |
| 9/8/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Documents from T. Montemore<br>Phone Conference with Client V. Zappola |
| 9/12/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Sttorney C. Krieg |
| 9/13/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to G. Meyers |
| 9/14/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from G. Meyers |
| 9/15/2005 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with C. King<br>Review of Correspondence from C. Krieg |
| 9/22/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to T. Montemore<br>Phone Conference with T. Montemore |
| 9/26/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to C. Krieg |
| 9/27/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to T. Montemore |
| 10/4/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to T. Montemore and P. Gilbert |
| 10/5/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with T. Montemore and Attorney C. Krieg |
| 10/11/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to T. Montemore |
| 10/13/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from P. Gilbert |
| 10/14/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Local Counsel |
| 10/20/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to G. Meyers regarding Local Counsel Bill |
| 10/25/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Letter to T. Montemore |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Beginning To End

Printed By   MHT
Page        2

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 11/14/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| 11/15/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to G. Meyers |
| 11/17/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with T. Montemore |
| 11/21/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Documents |
| | | | | | | | Preparation of Letter to T. Montemore |
| 11/30/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from T. Montemore |
| 12/12/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to G. Meyers |
| 12/13/2005 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 12/29/2005 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| 1/8/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to Attorney C. Krieg |
| 1/23/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to Attorney C. Krieg and T. Montemore |
| 1/26/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Preparation of G. Meyers Letter |
| | | | | | | | Update Litigation Status Report |
| | | | | | | | Review of Correspondence from V. McGlone and T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Letter to Attorney C. Krieg |
| 1/30/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Update Litigation Tracking Report |
| 2/9/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 2/13/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to G. Meyers |
| 2/17/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/8/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/9/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Letter to T. Montemore |
| 3/12/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| 3/15/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Correspondence from T. Montemore |
| 3/16/2006 | SMC | 1.00 | 1.00 | 200.00 | $200.00 | | Phone Conference with Attorney C. Krieg (2x) |
| | | | | | | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Documents |
| | | | | | | | Preparation of Letter to G. Meyers |
| 3/17/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Documents |
| | | | | | | | Memo to File |
| 3/21/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/22/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/23/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to T. Montemore |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| 4/18/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Preparation of Correspondence from Attorney C. Krieg and T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| 4/19/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Letter to T. Montemore |

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Report ID:   OT2025 - 13772
Monday, October 15, 2007

Printed By   MHT
Page   3

| Billed Time Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 4/24/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 4/25/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to T. Montemore<br>Phone Conference with P. Gilbert<br>Phone Conference with B. Moore |
| 4/26/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| 5/1/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Letter to B. Moore<br>Preparation of Correspondence from Attorney C. Krieg |
| 5/4/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to B. Moore<br>Review of Correspondence from Attorney C. Krieg |
| 5/9/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence from B. Moore<br>Review of Correspondence from B. Moore |
| 5/15/2006 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Review of Correspondence from Attorney C. Krieg<br>Prepraration of Correspondence to Attorney C. Krieg<br>Phone Conference with P. Gilbert<br>Phone Conference with Attorey B. Soloman<br>Preparation of Correspondence to Attorney C. Krieg<br>Review of Correspondence from Attorney C. Krieg |
| 5/18/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg<br>Preparation of Correspondence to B. Moore |
| 5/22/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from B. Moore<br>Review of Correspondence from T. Montemore<br>Phone Conference with T. Montemore |
| 5/31/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Preparation of Correspondence to Attorney C. Krieg<br>Review of Correspondence<br>Preparation of Correspondence to T. Montemore and P. Gilbert |
| 6/1/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from T. Montemore |
| 6/5/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with Attorney B. Soloman |
| 6/7/2006 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Review of Correspondence from Attorney C. Krieg<br>Review of Court Order from NY<br>Phone Conference with T. Montemore |
| 6/8/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to T. Montemore, P. Gilbert and B. Moore |
| 6/12/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence Attorney C. Krieg |
| 6/27/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Memo to Client regarding Status of Litigation |
| 7/5/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to Funds regarding Billing |
| 7/7/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Documents<br>Phone Conference with Attorney B. Solomon |
| 7/12/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with R. Moore |
| 7/14/2006 | SGR | 0.80 | 0.80 | 200.00 | $160.00 | | Review of Correspondence from Attorney B. Solomon regarding Audit<br>Review of Documents<br>Letter to Attorney B. Solomon |
| 7/16/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Review and Revision of Letter to Attorney B. Solomon regarding Audit |
| 7/17/2006 | SGR | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from R. Moore<br>Review and Revision of Letter to Attorney B. Solomon |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Printed By  MHT
Page  4

Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 7/31/2006 | SGR | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with R. Moore |
| 8/1/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with B. Moore |
| | | | | | | | Phone Conference with B. Soloman, Esquire |
| 8/2/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with B. Soloman, Esquire |
| 8/3/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Correspondence C. Krieg, Esquire |
| 8/4/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence T. Montemore |
| 8/7/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with B. Moore |
| 8/18/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence Attorney C. Krieg |
| 10/2/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Correspondence to Attorney C. Krieg |
| 10/3/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore and P. Gilbert |
| 10/11/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to P. Gilbert and T. Montemore |
| 10/12/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to G. Meyers |
| 10/16/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 10/17/2006 | SMC | 0.60 | 0.60 | 200.00 | $120.00 | | Preparation of Correspondence to G. Meyers |
| | | | | | | | Phone Conference with Attorney C. Krieg regarding Local Counsel Billing |
| | | | | | | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to G. Meyers |
| 10/31/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | Preparation of Correspondence to B. Moore |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference to T. Montemore |
| 11/2/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from B. Moore |
| 11/3/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from B. Moore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Preparation of Correspondence to Attorney C. Krieg |
| 11/13/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from B. Moore |
| 11/15/2006 | SMC | 0.70 | 0.70 | 200.00 | $140.00 | | Phone Conference with T. Montemore |
| | | | | | | | Phone Conference with Attorney B. Soloman (2x) |
| | | | | | | | Phone Conference with B. Moore (2x) |
| | | | | | | | Phone Conference with Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore |
| | | | | | | | Review of Correspondence from Attorney B. Soloman |
| | | | | | | | Review of Draft Stipulation |
| | | | | | | | Preparation of Correspondence to Attorney C. Krieg |

# Jennings Sigmond, P.C.
## Time And Expense Details

Report ID:  OT2025 - 13772
Monday, October 15, 2007

Beginning To End

Printed By   MHT
Page   5

Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 11/16/2006 | SMC | 1.10 | 1.10 | 200.00 | $220.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference with Attorney C. Krieg |
| | | | | | | | Phone Conference with Attorney B. Soloman |
| | | | | | | | Review of Correspondence from P. Gilbert |
| | | | | | | | Preparation of Correspondence to Attorney B. Soloman |
| | | | | | | | Review and Revision of Stipulation |
| 11/17/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Phone Conference with T. Montemore |
| | | | | | | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Correspondence from T. Montemore |
| | | | | | | | Review of Balance of Judgment |
| 11/19/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from C. Krieg |
| 11/20/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to Attorney C. Krieg |
| 11/21/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 11/28/2006 | SMC | 0.30 | 0.30 | 200.00 | $50.00 | | Review of Correspondence from Attorney C. Krieg |
| | | | | | | | Preparation of Correspondence to T. Montemore |
| 12/4/2006 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Phone Conference with T. Montemore |
| 12/5/2006 | SMC | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from P. Gilbert (3x) |
| | | | | | | | Preparation of Correspondence to P. Gilbert |
| 12/6/2006 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Phone Conference with B. Moore (2x) |
| 12/19/2006 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Documents |
| | | | | | | | Phone Conference with B. Moore |
| 1/9/2007 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Preparation of Correspondence to Attorney B. Soloman |
| | | | | | | | Memo to Client regarding Status of Litigation |
| 1/25/2007 | SMC | 0.20 | 0.20 | 200.00 | $40.00 | | Preparation of Correspondence to G. Meyers regarding Local Counsel Bill |
| 1/26/2007 | SMC | 2.10 | 2.10 | 200.00 | $420.00 | | Review of Correspondence from T. Montemore |
| | | | | | | | Phone Conference with T. Montemore |
| | | | | | | | Memo to File |
| 1/29/2007 | SMC | 2.70 | 2.70 | 200.00 | $540.00 | | Preparation of Motion to Compel/Contempt Motion |
| 2/5/2007 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Preparation of Motion to Compel/Contempt Motion |
| 2/7/2007 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence from Attorney C. Krieg |
| 3/1/2007 | SMC | 0.80 | 0.80 | 200.00 | $160.00 | | Phone Conference with B. Moore regarding Audit Scheduling |
| | | | | | | | Preparation of Contempt Motion |
| 3/5/2007 | SMC | 1.80 | 1.80 | 200.00 | $360.00 | | Preparation of Motion to Compel/Contempt Motion |
| 3/6/2007 | SMC | 1.20 | 1.20 | 200.00 | $240.00 | | Preparation of Correspondence to G. Meyers regarding Local Counsel Billing |
| | | | | | | | Preparation of Contempt Motion |
| 3/12/2007 | SMC | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Correspondence regarding Local Counsel Billing |
| 5/23/2007 | SMC | 0.30 | 0.30 | 200.00 | $60.00 | | Review of Correspondence from P. Gilbert |
| | | | | | | | Review of Updated Delinquency Schedule |
| | | | | | | | Preparation of Correspondence to P. Gilbert |

Report ID:  OT2025 - 13772
Monday, October 15, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By  MHT
Page  6

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 6/7/2007 | SMC | 0.10 | 0.10 | 220.00 | $22.00 | | | Review of Correspondence from P. Gilbert |
| | | Post Date | Status | Entry Date | Original Post Period | Original Post Year | | |
| | | 07/03/2007 | Current Period | 06/07/2007 | 7 | 2007 | | |
| 6/11/2007 | SMC | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of Correspondence from T. Montemore |
| | | | | | | | | Preparation of Correspondence to T. Montemore (2x) |
| | | Post Date | Status | Entry Date | Original Post Period | Original Post Year | | |
| | | 07/03/2007 | Current Period | 06/11/2007 | 7 | 2007 | | |
| 6/22/2007 | SMC | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of Correspondence from P. Gilbert |
| | | | | | | | | Review of Closed Case Report |
| | | Post Date | Status | Entry Date | Original Post Period | Original Post Year | | |
| | | 07/03/2007 | Current Period | 06/22/2007 | 7 | 2007 | | |
| 6/29/2007 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | | Review of Electronic Court Documents regarding Order |
| 7/6/2007 | SMC | 0.40 | 0.40 | 220.00 | $88.00 | | | Preparation of Memo to Client regarding Status of Litigation |
| | | | | | | | | Preparation of Closed Case Report |
| 7/27/2007 | SMC | 0.30 | 0.30 | 220.00 | $66.00 | | | Review and Revision of  Closed Case Report |

**Billed Time**
**Totals**       36.30       36.30                     $7,258.00

## Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/24/2005 | $11.77 | SD | Special Delivery |
| 11/19/2005 | $5.06 | SD | Special Delivery |
| 5/13/2006 | $12.96 | SD | Special Delivery |
| 7/17/2006 | $1.50 | FAX | Fax Charges |
| 10/18/2006 | $1.75 | COPY | Photocopies |
| 12/2/2006 | $12.96 | SD | Special Delivery |

**Billed Expenses**
**Totals**       $46.00

Report ID:   OT2025 - 13772
Monday, October 15, 2007

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 36.30 | 36.30 | $7,258.00 | $46.00 | $7,304.00 |

*** End Of Report ***

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-26574-008 RBS
Bill date   06/10/05

International Painters and Allied Trades
    Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Design Technologies   (26574)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 05/24/05 SMC | Review of Executed Default Judgment | | | | |
| | | .10 hrs | 200 | /hr | 20.00 |
| 05/24/05 CTM | Review of Electronic Court Documents regarding Judgment | | | | |
| | | .10 hrs | 70 | /hr | 7.00 |
| 05/25/05 SMC | Preparation of Letter to T. Montemore and P. Gilbert | | | | |
| | | .10 hrs | 200 | /hr | 20.00 |

```
                                                              -----------
              TOTAL FEES                            $             47.00
```

DISBURSEMENTS

```
05/31/05 FAX  Fax Charges                                         1.50
                                                              -----------
              TOTAL DISBURSEMENTS                   $              1.50
```

BILLING SUMMARY

```
              TOTAL FEES                            $             47.00

              TOTAL DISBURSEMENTS                   $              1.50
                                                              -----------
              TOTAL CHARGES FOR THIS BILL           $             48.50
```

REPRINT OF BILLED DETAILS (as billed)

Bill number PTINTF-26574-009 RBS
Bill date    07/11/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006

Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 06/10/05 SMC | Update Litigation Report | | | |
| | | .40 hrs  200  /hr | | 80.00 |
| 06/27/05 SMC | Preparation of Letter to Court Requesting Registered Judgment | | | |
| | | .20 hrs  200  /hr | | 40.00 |
| | TOTAL FEES | | $ | 120.00 |

DISBURSEMENTS

| | | | |
|---|---|---|---|
| 06/23/05 7100 | Certified Judgment | | 19.50 |
| | TOTAL DISBURSEMENTS | $ | 19.50 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 120.00 |
| TOTAL DISBURSEMENTS | $ | 19.50 |
| TOTAL CHARGES FOR THIS BILL | $ | 139.50 |

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-26574-010 RBS
                      Bill date   08/10/05
```

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

```
07/11/05 SMC   Review of Correspondence from P. Gilbert
               Review of Certified Judgment
               Legal Research regarding Local Counsel
               Phone Conference with Attorney C. Krieg
               Preparation of Letter to Attorney C. Krieg
                              .40 hrs  200  /hr     80.00
07/27/05 SMC   Review of Correspondence from G. Meyers
               Review of Documents
                              .20 hrs  200  /hr     40.00
                                                -----------
               TOTAL FEES                  $       120.00
```

DISBURSEMENTS

```
07/31/05 COPY Photocopies                           13.58
07/31/05 FAX  Fax Charges                            5.25
                                                -----------
               TOTAL DISBURSEMENTS         $        18.83
```

BILLING SUMMARY

```
               TOTAL FEES                  $       120.00

               TOTAL DISBURSEMENTS         $        18.83
                                                -----------
               TOTAL CHARGES FOR THIS BILL $       138.83
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number PTINTF-26574-011 RBS
                    Bill date    09/12/05

International Painters and Allied Trades
   Industry Pension Fund
Gary J. Meyers, Administrator
1750 New York Avenue, N.W. #501
Washington, DC 20006


Design Technologies    (26574)

FOR PROFESSIONAL SERVICES RENDERED

08/01/05 SMC   Review of Correspondence from G. Meyers
                                     .10 hrs  200  /hr     20.00
08/02/05 SMC   Phone Conference with Attorney C. Krieg (2x)
               Preparation of Letter to P. Gilbert (3x)
               Phone Conference with P. Gilbert
               Review of Documents
               Calculate Attorneys' Fees and Costs
                                     1.50 hrs  200  /hr    300.00
08/03/05 SMC   Phone Conference with Attorney C. Krieg (2x)
               Phone Conference with T. Montemore and Attorney
               C. Krieg
               Review of Correspondence from P. Gilbert and T.
               Montemore
               Review of Correspondence from P. Gilbert and V.
               McGlone
               Review of Correspondence from T. Montemore
                                     1.50 hrs  200  /hr    300.00
08/08/05 SMC   Phone Conference with B. Moore
               Review of Documents
               Review of Correspondence from P. Gilbert
                                     .40 hrs  200  /hr     80.00
08/16/05 SMC   Phone Conference with Attorney C. Krieg, Local
               Counsel
               Preparation of Letter to T. Montemore and P.
               Gilbert
               Phone Conference with B. Moore, Auditor
                                     .80 hrs  200  /hr    160.00
08/18/05 SMC   Preparation of Letter to G. Meyers
                                     .20 hrs  200  /hr     40.00
08/22/05 SMC   Review of Correspondence from T. Montemore
               Phone Conference with T. Montemore
               Preparation of Letter to B. Moore, Auditor
               Review of Correspondence from B. Moore
                                     .50 hrs  200  /hr    100.00
08/23/05 SMC   Phone Conference with T. Montemore
               Phone Conference with Attorney c. Krieg
```

REPRINT OF BILLED DETAILS (as billed)
PTINTF-26574-011 RBS                                        Page    2

```
                    Preparation of Letter to B. Moore, Auditor
                    Review of Correspondence from P. Gilbert
                    Preparation of Letter to P. Gilbert
                                        1.00 hrs  200  /hr    200.00
08/29/05 SMC    Review of Correspondence from B. Moore
                    Phone Conference with V. Zappola of Company
                    Phone Conference with T. Montemore
                    Review of Correspondence from T. Montemore (2x)
                                         .80 hrs  200  /hr    160.00
08/30/05 SMC    Review of Correspondence from T. Montemore
                    Preparation of Letter to T. Montemore
                    Preparation of Letter to V. Zappola
                    Phone Conference with V. Zappola
                                        1.00 hrs  200  /hr    200.00
                                                         -----------
                TOTAL FEES                         $       1,560.00

DISBURSEMENTS

08/31/05 FAX    Fax Charges                                    6.00
                                                         -----------
                TOTAL DISBURSEMENTS                $           6.00

BILLING SUMMARY

                TOTAL FEES                         $       1,560.00

                TOTAL DISBURSEMENTS                $           6.00
                                                         -----------
                TOTAL CHARGES FOR THIS BILL        $       1,566.00
```

REPRINT OF BILLED DETAILS (as billed)
PTINTF-26574-ALL RBS                                                    Page     1

                    REPORT TOTALS

                    TOTAL FEES                                      4,068.00

                    TOTAL DISBURSEMENTS                               490.18
                                                                  ------------
                                                                    4,558.18

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 07-1130 |
| v. | ) ) | |
| DESIGN TECHNOLOGIES | ) ) | |
| and | ) ) | |
| VINCENT ZAPPOLA, individually and d/b/a Design Technologies | ) ) ) | |
| Defendants. | ) | |

**LOCAL COUNSEL FEES AND COSTS**

**Local Counsel Fees and Costs**      =      **$15,011.29**

188271-1                 3

EXHIBIT
5

# JENNINGS SIGMOND

### ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

**Shanna M. Cramer**
Direct Dial: (215) 351-0674
E-Mail Address: scramer@jslex.com

Member: PA & NJ Bars

**JENNINGS SIGMOND, P.C.**
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

March 7, 2007

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

      RE:    **International Painters and Allied Trades Industry Pension Fund v.**
               **Design Technologies, et al.**
               <u>**Civil Action No. 04-1942(RJL)**</u>

Dear Gary:

    Enclosed please find a billing invoice dated January 30, 2007 issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $1,495.62

    Please note that this bill also contains a prior balance due in the amount of $1,485.00 which I recommended for payment on January 25, 2007. If this prior balance has not been paid, please remit payment to local counsel.

    Thank you for your attention and cooperation in this matter.

               Sincerely,

               SHANNA M. CRAMER

ptintf.26574.c
design technologies
Enclosure

180562-1

# *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor
New York, New York 10016

FEB - 5 2007

Ph:(212) 725-4423          Fax:(212) 684-9022

International Painters and Allied Trades  In                          Jan 30, 2007
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

|              | File #:  | PTINTF1 |
|--------------|----------|---------|
| Attention:   | Inv #:   | 11782   |

RE:    PTINTF v. Design Technologies et al.

| DATE      | DESCRIPTION                                                                                                       | HOURS | AMOUNT | LAWYER |
|-----------|------------------------------------------------------------------------------------------------------------------|-------|--------|--------|
| Nov 07/06 | Conference with Clerk re: OSC, conference with debtor's atty re: audit.                                           | 0.30  | 45.00  | CDK    |
| Nov 08/06 | Conference with Court re: status of OSC, conference with debtor's atty re: same, conference with SI Bank re: any funds deposited to debtor's account. | 0.70  | 105.00 | CDK    |
| Nov 14/06 | Conferences with debtor's atty re: audit, conference with court re: OSC>                                          | 0.40  | 60.00  | CDK    |
| Nov 15/06 | Conference with debtor's atty re: audit and return date of OSC.                                                  | 0.30  | 45.00  | CDK    |
|           | Review the stipulation of settlement, conferences and correspondence to client re: same.                         | 0.30  | 45.00  | CDK    |
| Nov 16/06 | Several conferences and correspondence to client and debtor's atty re: settlement and status of order to show cause. | 0.30  | 45.00  | CDK    |
|           | Prep for return date of OSC                                                                                       | 0.30  | 45.00  | CDK    |
| Nov 17/06 | Prepare for and attend court appearance in Richmond County Supreme Court.                                         | 3.00  | 450.00 | CDK    |
| Nov 18/06 | Correspondence to client re: status.                                                                             | 0.20  | 30.00  | CDK    |
| Nov 20/06 | Correspondences to client and debtor's atty re: payoff letter.                                                   | 0.30  | 45.00  | CDK    |
| Nov 21/06 | Conferences and correspondence to debtor'r atty, calculate payoff amount,  correspondence to client re: same.    | 0.70  | 105.00 | CDK    |
|           | Conference with debtor's atty and court re: settlement payment, review correspondence from debtor's atty. re: same. | 0.30  | 45.00  | CDK    |

| | | | | |
|---|---|---|---|---|
| Nov 22/06 | Review correspondence from debtor's atty re: settlement payment, conference with SI Bank re: no need to respond to subpoena, review file to ensure all restraints have been removed. | 0.50 | 75.00 | CDK |
| Nov 27/06 | Review correspondence and settlement check from debtor's atty, conference with clerk re: same, correspondence to client re: same. | 0.50 | 75.00 | CDK |
| Nov 30/06 | Conferences with clerk re: withdrawal of motion, conference with SI Bank re; withdrawal of restraining notice. | 0.50 | 75.00 | CDK |
| Dec 06/06 | Conference with Commerce Bank re: status of action and removal of restraining notice, conference with court re: withdrawal of motion, conference with clerk of the SDNY re: form of satisfaction of judgment. | 0.80 | 120.00 | CDK |
| Dec 11/06 | Conference with Commerce Bank re: removal of restraining notice. | 0.20 | 30.00 | CDK |
| Dec 20/06 | Conferences with Commerce Bank re: release of restraining notice, conference with clerk of SD re: form of satisfaction of judgment. | 0.30 | 45.00 | CDK |
| | Totals | 9.90 | $1,485.00 | |

## DISBURSEMENTS

| | Disbursements | Receipts |
|---|---|---|
| Courier/Delivery | 10.62 | |
| Totals | $10.62 | $0.00 |
| **Total Fees, Disbursements** | | **$1,495.62** |
| Previous Balance | | $1,485.00 |
| Payments Credited Against Last Bill | | $0.00 |
| **Balance Due Now** | | **$2,980.62** |



**JENNINGS SIGMOND**
ATTORNEYS AT LAW

**JENNINGS SIGMOND, P.C.**
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Shanna M. Cramer
Direct Dial: (215) 351-0674
E-Mail Address: scramer@jslex.com

Member: PA & NJ Bars

**JENNINGS SIGMOND, P.C.**
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

January 25, 2007

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

      **RE:**    **International Painters and Allied Trades Industry Pension Fund v.**
                **Design Technologies, et al.**
                **Civil Action No. 04-1942(RJL)**

Dear Gary:

      Enclosed please find a billing invoice dated November 13, 2006 issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $1,485.00.

      Thank you for your attention and cooperation in this matter.

                          Sincerely,

                          SHANNA M. CRAMER

ptintf.26574.c
design technologies
Enclosure

179129-1



# *PAYKIN GREENBLATT LESSER & KRIEG LLP*
185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423          Fax:(212) 684-9022

International Painters and Allied Trades  In                          Nov 13, 2006
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106
c/o Shanna M. Cramer, Esq.

Attention:                                     File #:    PTINTF1
                                               Inv  #:    11550

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct 03/06 | Court conference re: order to show cause for contempt, conferences with debtor's atty re: audit. | 4.60 | 690.00 | CDK |
| Oct 09/06 | Conferences with process servers re: service of order to show cause on debtor. | 0.20 | 30.00 | CDK |
| Oct 16/06 | Conferences with Process server re: service of OSC, review affidavit of service, conference with Court re: status of service. | 0.30 | 45.00 | CDK |
| Oct 17/06 | Conference with Court re: proof of service of order to show cause. | 0.10 | 15.00 | CDK |
|  | Review file for open discovery, conference with debtor's atty. re: OSC, conference with client. | 0.50 | 75.00 | CDK |
| Oct 23/06 | Conference and correspondence to debtor's atty re: OSC, conference with Court re: proof of service of same. | 0.50 | 75.00 | CDK |
| Oct 24/06 | Conference with debtor's atty, conferences with clerk re: return date of order to show cause. | 0.30 | 45.00 | CDK |
| Oct 26/06 | Review file, prepare for oral argument on order to show cause. | 0.40 | 60.00 | CDK |
|  | Conferences with debtor's atty re: settlement. | 0.20 | 30.00 | CDK |
| Oct 27/06 | Attend return date of order to show cause at SI Supreme Court | 2.50 | 375.00 | CDK |
| Oct 31/06 | Conference with debtor's atty re: audit, correspondence to client re: status of OSC. | 0.30 | 45.00 | CDK |

| Totals | 9.90 | $1,485.00 |
|--------|------|-----------|

**Total Fees, Disbursements** $1,485.00

Previous Balance $1,996.39
Payments Credited Against Last Bill $1,996.39

**Balance Due Now** $1,485.00



## JENNINGS SIGMOND

ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Shanna M. Cramer
Direct Dial: (215) 351-0674
E-Mail Address: scramer@jslex.com

Member: PA & NJ Bars

JENNINGS SIGMOND, P.C.
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

October 17, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

RE:    **International Painters and Allied Trades Industry Pension Fund v.**
**Design Technologies, et al.**
**Civil Action No. 04-1942(RJL)**

Dear Gary:

Enclosed please find billing invoices dated October 16, 2006 and October 17, 2006 issued by our local counsel representing the Fund in the above-referenced matter.  The bills are carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $1,636.30 ($331.30 for the month of August and $1,305.00 for the month of September).

Please note that this bill also contains a prior balance due in the amount of $360.00.  If this prior balance has not been paid, please remit payment to local counsel.

Thank you for your attention and cooperation in this matter.

Sincerely,

**SHANNA M. CRAMER**

ptintf.26574.c
design technologies
Enclosure

173440-1

## PAYKIN GREENBLATT LESSER & KRIEG LLP

185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423        Fax:  (212) 684-9022

International Painters and Allied Trades                                                    Oct 16, 2006
Industry c/o Shanna M. Cramer, Esq.
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

| | |
|---|---|
| File #: | PTINTF1 |
| Inv #: | 11464 |

Attention:

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Aug 03/06 | Correspondence to client, review order to compel, conference with debtor's atty. re: same. | 0.40 | 60.00 | CDK |
| Aug 04/06 | Research in support of contempt motion. | 0.80 | 120.00 | CDK |
| Aug 09/06 | Draft affidavit in support of contempt motion. | 0.50 | 75.00 | CDK |
| Aug 16/06 | Conferences with clerk re: permission to make to motion to compel and for contempt of court, conference with debtor's atty. re: same. | 0.30 | 45.00 | CDK |
| | Totals | 2.00 | $300.00 | |

**DISBURSEMENTS**                                   **Disbursements**          **Receipts**

| | Disbursements | Receipts |
|---|---|---|
| Lawyers Service | 31.00 | |
| Postage | 0.39 | |
| Totals | $31.39 | $0.00 |

**Total Fees, Disbursements**                                          **$331.39**
Previous Balance                                                              $1,545.78

Payments Credited Against Last Bill                                    $1,185.78

**Balance Due Now**                                                    **$691.39**

**TRUST STATEMENT**

|  |  | Disbursements | Receipts |
|---|---|---|---|
| Aug-09-05 | Received From: Zappola<br>Escrow | | 8,000.00 |
| Aug-16-05 | Paid To: Intl Painters & Allied Trades Ind.<br>Pension Fund<br>Escrow | 8,000.00 | |
| Sep-13-05 | Received From: Zappola<br>Escrow | | 7,000.00 |
| Sep-20-05 | Paid To: Intl Painters & Allied Trades Ind.<br>Pensi<br>Escrow | 7,000.00 | |
| Oct-26-05 | Received From: Zappola<br>Escrow | | 7,000.00 |
| Nov-08-05 | Paid To: Intl Painters & Allied Trades Ind.<br>Pensi<br>Escrow | 7,000.00 | |
| Mar-30-06 | Received From: Independence Bank<br>Escrow | | 1,411.11 |
|  | Received From: Independence<br>Escrow | | 3,982.95 |
| Apr-10-06 | Paid To: Intl Painters & Allied Trades Ind.<br>Pension Fund<br>Escrow | 5,394.06 | |
| Total Trust | | $27,394.06 | $27,394.06 |

**Trust Balance**                                                      **$0.00**

# *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423          Fax:   (212) 684-9022

International Painters and Allied Trades                                    Oct 17, 2006
Industry c/o Shanna M. Cramer, Esq.
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

|  | File #: | PTINTFI |
|---|---|---|
| Attention: | Inv #: | 11465 |

RE:     PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep 08/06 | Conference with clerk re: approval to bring contempt motion, draft affidavit, order and order to show cause in support of such application. | 4.00 | 600.00 | CDK |
|  | Revise affidavit and order to show for contempt. | 0.80 | 120.00 | CDK |
| Sep 10/06 | Revise affidavit in support of motion for contempt of court. | 2.00 | 300.00 | CDK |
| Sep 21/06 | Conferences with debtor's atty re: order to show cause, conference with court re: same. | 0.30 | 45.00 | CDK |
| Sep 26/06 | Revise affidavit and order to show cause, prepare good faith affidavit, conference and correspondence to SI Bank re: effect of previously filed restraining notice. | 1.60 | 240.00 | CDK |
|  | Totals | 8.70 | $1,305.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,305.00** |
| Previous Balance | $360.00 |
| Payments Credited Against Last Bill | $0.00 |
| **Balance Due Now** | **$1,665.00** |

## TRUST STATEMENT

| | | Disbursements | Receipts |
|---|---|---|---|
| Aug-09-05 | Received From: Zappola<br>Escrow | | 8,000.00 |
| Aug-16-05 | Paid To: Intl Painters & Allied Trades Ind.<br>Pension Fund<br>Escrow | 8,000.00 | |
| Sep-13-05 | Received From: Zappola<br>Escrow | | 7,000.00 |
| Sep-20-05 | Paid To: Intl Painters & Allied Trades Ind.<br>Pensi<br>Escrow | 7,000.00 | |
| Oct-26-05 | Received From: Zappola<br>Escrow | | 7,000.00 |
| Nov-08-05 | Paid To: Intl Painters & Allied Trades Ind.<br>Pensi<br>Escrow | 7,000.00 | |
| Mar-30-06 | Received From: Independence Bank<br>Escrow | | 1,411.11 |
| | Received From: Independence<br>Escrow | | 3,982.95 |
| Apr-10-06 | Paid To: Intl Painters & Allied Trades Ind.<br>Pension Fund<br>Escrow | 5,394.06 | |
| | Total Trust | $27,394.06 | $27,394.06 |
| | **Trust Balance** | | **$0.00** |

# JENNINGS SIGMOND
### ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Shanna M. Cramer
Direct Dial: (215) 351-0674
E-Mail Address: scramer@jslex.com

Member: PA & NJ Bars

JENNINGS SIGMOND, P.C.
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

October 13, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

RE:    International Painters and Allied Trades Industry Pension Fund v.
Design Technologies, et al.
<u>Civil Action No. 04-1942(RJL)</u>

Dear Gary:

Enclosed please find invoice dated July10, 2006 issued by our local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $360.00.

Please note that this bill also contains a prior balance due in the amount of $1,185.78.  If this prior balance has not been paid, please remit payment to local counsel.

Thank you for your attention and cooperation in this matter.

Sincerely,

SHANNA M. CRAMER

SMC
ptintf.26574.c
design technologies
Enclosure

173327-1

## *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor.
New York, New York 10016

Ph:(212) 725-4423          Fax:(212) 684-9022

RECEIVED
JUL 1 3 2006

International Painters and Allied Trades  In
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

Jul 10, 2006

|  |  |
|---|---|
| File #: | PTINTF1 |
| Inv #: | 11171 |

Attention:

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jun 02/06 | Conferences with debtor's atty re: deposition, review file for open discovery items. | 0.30 | 45.00 | CDK |
| Jun 05/06 | Conferences with Court and debtor's atty. re: decision on motion and production of documents. | 0.60 | 90.00 | CDK |
| Jun 07/06 | Review order, draft and serve notice of entry, conference with debtor's atty re: audit schedule. | 0.60 | 90.00 | CDK |
| Jun 14/06 | Conferences with debtor's atty re: audit, review file for open discovery. | 0.40 | 60.00 | CDK |
| Jun 19/06 | Conferences with debtor's atty. re: audit. | 0.30 | 45.00 | CDK |
| Jun 27/06 | Conferences with debtor's atty. re: inspection of books and records. | 0.20 | 30.00 | CDK |
| | Totals | 2.40 | $360.00 | |

| | |
|---|---|
| **Total Fees, Disbursements** | **$360.00** |
| Previous Balance | $4,475.53 |
| Payments Credited Against Last Bill | $3,289.75 |
| **Balance Due Now** | **$1,545.78** |



# JENNINGS SIGMOND
## ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

JENNINGS SIGMOND, P.C.
ONE GREENTREE CENTRE
SUITE 201
MARLTON, NJ 08053
856-667-6950
FAX 856-667-6982

July 6, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

     RE:    **International Painters and Allied Trades Industry Pension Fund v.**
              **Design Technologies, et al.**
              <u>**Civil Action No. 04-1942(RJL)**</u>

Dear Gary:

     Enclosed please find invoice dated June 2, 2006 issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $1,185.78.

     Please note that this bill also contains a prior balance due in the amount of $3,289.75. If this prior balance has not been paid, please remit payment to local counsel.

     Thank you for your attention and cooperation in this matter.

                          Sincerely,

                          SANFORD G. ROSENTHAL

SGR/smc
ptintf.26574.c
design technologies
Enclosure
169865-1

## *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor
New York, New York 10016

JUN 1 2 2006

Ph:(212) 725-4423          Fax:(212) 684-9022

International Painters and Allied Trades  In                        Jun 02, 2006
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

|                | File #: | PTINTF1 |
|----------------|---------|---------|
| Attention:     | Inv #:  | 11080   |

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| May 01/06 | Conferences with debtor's atty re: audit, draft correspondence to client re: same, review file for open subpoenas. | 0.70 | 105.00 | CDK |
| | Review response to information subpoena sent to Linens and Things, conference with same re: response, conference with debtor's atty. re: motion. | 0.50 | 75.00 | CDK |
| May 03/06 | Conferences with debtor's atty re: audit and motion to compel. | 0.30 | 45.00 | CDK |
| May 04/06 | Conferences with debtor's atty. re: audit, correspondence to client re: same, conference with motion clerk re: motion to compel, draft correspondence to same, conference with Home Depot re: previously served discovery. | 0.70 | 105.00 | CDK |
| May 09/06 | Conferences with debtor's atty. re: audit, correspondence to client. | 0.30 | 45.00 | CDK |
| May 12/06 | Review file for open discovery, conferences with debtor's atty re: audit, conference with court re: return date for motion to compel, draft correspondence to Loews re: previously served subpoena. | 0.80 | 120.00 | CDK |
| May 15/06 | Conferences with debtor' atty. re: audit. | 0.20 | 30.00 | CDK |
| May 18/06 | Conferences with debtor's atty re: court app, conference with clerk re: same. | 0.50 | 75.00 | CDK |
| May 19/06 | Conferences with debtor's atty. re: motion and audit, conference with court clerk re: motion return date. | 0.40 | 60.00 | CDK |
| May 22/06 | Conference with debtor's atty. re: status of audit, draft correspondence to client. | 0.20 | 30.00 | CDK |

| May 24/06 | Conferences with debtor's atty and court clerk re: motion to compel. | 0.30 | 45.00 | CDK |
| May 25/06 | Conferences with debtor's atty. re: return date of motion, review affidavit in opposition to motion to compel. | 0.50 | 75.00 | CDK |
| May 26/06 | Prepare for and attend court appearance in SI Supreme Court. | 2.50 | 375.00 | CDK |
| | Totals | 7.90 | $1,185.00 | |

| **DISBURSEMENTS** | **Disbursements** | **Receipts** |
|---|---|---|
| Postage | 0.78 | |
| Totals | $0.78 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,185.78** |
| Previous Balance | $3,289.75 |
| Payments Credited Against Last Bill | $0.00 |
| **Balance Due Now** | **$4,475.53** |



JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

May 18, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

> RE:    **International Painters and Allied Trades Industry Pension Fund v.
> Design Technologies, et al.**
> <u>**Civil Action No. 04-1942(RJL)**</u>

Dear Gary:

Enclosed please find invoices dated April 6, 2006 and May 11, 2006 issued by our local counsel representing the Fund in the above-referenced matter. The bills are carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $3,289.75.

Thank you for your attention and cooperation in this matter.

Sincerely,

SANFORD G. ROSENTHAL

SGR/smc
ptintf.26574.c
design technologies
Enclosure

168292-1

## *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423          Fax:(212) 684-902?

International Painters and Allied Trades In
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

May 11, 2006

| | |
|---|---|
| File #: | PTINTFI |
| Inv #: | 11023 |

Attention:

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Apr 10/06 | Conferences with Loews re: response to information subpoena, review subpoena, conference with debtor re: settlement payments. | 0.60 | 90.00 | CDK |
| Apr 18/06 | Conferences with debtor's atty. re: settlement, conference with court re: return date of motion. | 0.60 | 90.00 | CDK |
| Apr 20/06 | Prepare for hearing, conference with debtor's atty. re: same. | 1.40 | 210.00 | CDK |
| | Prepare for argument, conferences with debtor's atty. re: settlement. | 0.50 | 75.00 | CDK |
| Apr 21/06 | Prepare for and attend oral argument and conference in SI Supreme Court. | 4.00 | 600.00 | CDK |
| Apr 24/06 | Conference with debtor's atty re: audit, draft correspondence to client re: same. | 0.40 | 60.00 | CDK |
| Apr 26/06 | Review file for open discovery items, conference with debtor's atty. re: audit. | 0.50 | 75.00 | CDK |
| Apr 27/06 | Conference with debtor's atty. re: audit. | 0.20 | 30.00 | CDK |
| | Totals | 8.20 | $1,230.00 | |

## DISBURSEMENTS

| | Disbursements | Receipts |
|---|---|---|
| Lawyers Service | 19.00 | |
| Totals | $19.00 | $0.00 |

| | |
|---|---:|
| **Total Fees, Disbursements** | **$1,249.00** |
| Previous Balance | $2,040.75 |
| Payments Credited Against Last Bill | $0.00 |
| **Balance Due Now** | **$3,289.75** |

# PAYKIN GREENBLATT LESSER & KRIEG LLP
185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423          Fax:(212) 684-9022

International Painters and Allied Trades  In                    Apr 06, 2006
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

                                    File #:        PTINTF1
Attention:                          Inv #:         10888

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Mar 06/06 | Conferences with SI Bank re: previously served discovery, revise information subpoena and restraining notice to owner of property where debtor resides. | 0.90 | 135.00 | CDK |
| | Follow up with SI Bank and trust re: subpoena; make final revisions to info. subpoena to tribuzo (landlord) and serve same; order last deed for Ford Place; Review information subpoena responses | 1.50 | 225.00 | CDK |
| Mar 08/06 | Draft corrspondence to client, revise subpoena to debtor's landlord. | 0.40 | 60.00 | CDK |
| Mar 09/06 | TC from Tribuzio re: information subpoena | 0.20 | 30.00 | VP |
| Mar 13/06 | Prepare restraining notices to Loews, Home Depot and Linens & Things and March Construction | 2.10 | 315.00 | VP |
| Mar 15/06 | Prepare information subpoena and restraining notice to SI Bank and Trust and Jem Building Corp. | 0.30 | 45.00 | VP |
| Mar 16/06 | Prepare for oral argument, draft information subpoena to Jem Building Corp. | 1.00 | 150.00 | CDK |
| Mar 17/06 | Prepare for and attend court appearance in Staten Island Supreme Court re: motion to compel. | 3.00 | 450.00 | CDK |
| Mar 20/06 | Draft status to client. | 0.10 | 15.00 | CDK |
| | TC from Jem Builders re: subpoena | 0.10 | 15.00 | VP |

| | | | | |
|---|---|---|---|---|
| Mar 22/06 | Conferences with SI Bank and debtor re: restrained account, draft correspondence to same, conference with Sheriff re: execution on funds, draft property execution. | 0.80 | 120.00 | CDK |
| | Conferences with SI Bank re: restrained account, review information subpoena from same. | 0.50 | 75.00 | CDK |
| | Return TC to Zappola | 0.20 | 30.00 | VP |
| Mar 23/06 | Conference and corespondence to SI Bank re: liquidation of account balance and restraining notice, conference with debtor re: same. | 0.40 | 60.00 | CDK |
| | Review response to information subpoena served on Home Depot, conferences with debtor and Independence Bank re: accounts restrained. | 0.40 | 60.00 | CDK |
| Mar 24/06 | Conferences with Independence Bank, draft correspondence to same re: restrained accounts. | 0.30 | 45.00 | CDK |
| Mar 29/06 | Conferences with debtor and SI Bank re: turnover of restrained funds, correspondence to SI Bank re: same. | 0.50 | 75.00 | CDK |
| Mar 30/06 | TC to March Construction re: information subpoena | 0.20 | 30.00 | VP |
| | Totals | 12.90 | $1,935.00 | |

## DISBURSEMENTS

| | Disbursements | Receipts |
|---|---|---|
| Postage | 5.75 | |
| Title Search - Process Server Fee | 50.00 | |
| Title Search - Process Server Fee | 50.00 | |
| Totals | $105.75 | $0.00 |
| **Total Fees, Disbursements** | | **$2,040.75** |
| Previous Balance | | $2,678.76 |
| Payments Credited Against Last Bill | | $2,678.76 |
| **Balance Due Now** | | **$2,040.75** |



**JENNINGS SIGMOND**

ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

March 17, 2006

Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

    **RE:**    **International Painters and Allied Trades Industry Pension Fund v.**
           **Design Technologies, et al.**
           <u>**Civil Action No. 04-1942(RJL)**</u>

Dear Gary:

    Enclosed please find an invoice dated March 6, 2006 representing services performed for the month of February 2006 issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $885.39.

    Please note that this bill also contains a balance due of $1,793.37 for work previously performed. If this prior balance has not been paid, please remit payment to local counsel.

    Thank you for your attention and cooperation in this matter.

           Sincerely,

           **SANFORD G. ROSENTHAL**

SGR/smc
ptintf.26574.c
design technologies
Enclosure

166162-1

# PAYKIN GREENBLATT LESSER & KRIEG LLP

185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423          Fax:(212) 684-9022

International Painters and Allied Trades  In                      Mar 06, 2006
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

| | |
|---|---|
| File #: | PTINTF1 |
| Inv #: | 10710 |

Attention:

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Feb 01/06 | File affidavit of service; re-submit RJI to court (No charge) | 0.30 | 0.00 | VP |
| Feb 03/06 | Research ownership of debtor's residence | 0.50 | 75.00 | CDK |
| Feb 08/06 | TC to Court re: petition return date | 0.10 | 15.00 | VP |
| Feb 10/06 | TC to court re: RJI and petition return date | 0.20 | 30.00 | VP |
| Feb 16/06 | Prepare replacement RJI; draft letter to court; prepare affidavit of service (No charge) | 0.50 | 0.00 | VP |
| Feb 17/06 | Draft correspondence to client, research property records to determine ownership of debtor's residence. | 0.50 | 75.00 | CDK |
| | TC to title co re: ownership of debtors property; prepare income execution and restraining notice to design tech; research design technologies | 1.50 | 225.00 | VP |
| Feb 23/06 | Review notice from court re: date for oral arguments; draft letter to defendants informing them of new date | 0.20 | 30.00 | VP |
| Feb 27/06 | Review results of last owner search received from title co; prepare info subpoena to owner of debtor's residence | 1.40 | 210.00 | CDK |
| | Totals | 5.20 | $660.00 | |

**DISBURSEMENTS**                          **Disbursements**          **Receipts**

| | | |
|---|---|---|
| Lawyers Service (Court Reporter) | 225.00 | |
| Postage | 0.39 | |
| | | |
| Totals | $225.39 | $0.00 |
| | | |
| **Total Fees, Disbursements** | | **$885.39** |
| | | |
| Previous Balance | | $1,793.37 |
| Payments Credited Against Last Bill | | $0.00 |
| | | |
| **Balance Due Now** | | **$2,678.76** |



**JENNINGS SIGMOND**
ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

February 14, 2006

**VIA FIRST CLASS MAIL**
Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

RE:    **International Painters and Allied Trades Industry Pension Fund v.
Design Technologies, et al.
Civil Action No. 04-1942(RJL)**

Dear Gary:

Enclosed please find an invoice representing services performed for the period December 2005 through January 2006 issued by our local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $1,793.37.

Thank you for your attention and cooperation in this matter.

Sincerely,

SANFORD G. ROSENTHAL

SGR/smc
ptintf.26574.c
design technologies
Enclosure

164753-1

### *PAYKIN GREENBLATT LESSER & KRIEG LLP*
185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423  Fax:(212) 684-9022

International Painters and Allied Trades  In
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

Feb 02, 2006

RECEIVED
F  - 0 2006

File #:  PTINTF1

Attention:  Inv #:  10570

RE:  PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Dec 01/05 | Conferences with debtor re: installment payment, conference and correspondence to SI Bank re: previously served discovery, draft update to client, draft docs. in support of motion to compel. | 1.00 | 150.00 | CDK |
|  | Conferences with debtor re: installment payment. | 0.20 | 30.00 | CDK |
| Dec 03/05 | Drat motion to compel. | 0.80 | 120.00 | CDK |
| Dec 13/05 | Conference with debtor re: settlement check. | 0.10 | 15.00 | CDK |
| Jan 03/06 | Revise affidavit in support of motion to compel, conferences with SI Bank re: previously served discovery. | 0.60 | 90.00 | CDK |
| Jan 12/06 | Draft follow up correspondence to SI Bank, conferences with Court re: motion to compel, revise affidavit in support of same. | 1.50 | 225.00 | CDK |
| Jan 13/06 | Conference with debtor re: settlement, conference and correspondence to SI Bank re: previously served subpoena duces tecum, revise affidavit in support of motion to compel, conferences with clerk of Richmond Supreme re: return date of motion and opposition papers. | 1.50 | 225.00 | CDK |
| Jan 20/06 | Draft petition to enforce judgment in NY Supreme Court; TC to court re: return room for petition; prepare Request for Judicial Intervention | 3.30 | 495.00 | VP |
| Jan 25/06 | Conference with debtor, revise petition in Supreme Richmond | 0.50 | 75.00 | CDK |

| Jan 30/06 | Research new address for debtor; TC to process server | 0.30 | 45.00 | VP |
|---|---|---|---|---|
| | Totals | 9.80 | $1,470.00 | |

## DISBURSEMENTS

| | Disbursements | Receipts |
|---|---|---|
| Court fees | 305.00 | |
| Lawyers Service | 18.00 | |
| Postage | 0.37 | |
| Totals | $323.37 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,793.37** |
| Previous Balance | $1,578.87 |
| Payments Credited Against Last Bill | $1,578.87 |
| **Balance Due Now** | **$1,793.37** |



# JENNINGS SIGMOND
**ATTORNEYS AT LAW**

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

January 9, 2006

**VIA FIRST CLASS MAIL**
Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C.  20006

RE:    **International Painters and Allied Trades Industry Pension Fund v.
Design Technologies, et al.
Civil Action No. 04-1942(RJL)**

Dear Gary:

Enclosed please find an invoice representing services performed for the month of November 2005 issued by our local counsel representing the Fund in the above-referenced matter.  The bill is carefully itemized and the charges are reasonable.  Accordingly, I recommend payment in the amount of $479.00.

Please note that this bill also contains a balance due of $1,099.87 for work previously performed. If this prior balance has not been paid, please remit payment to local counsel.

Thank you for your attention and cooperation in this matter.

Sincerely,

SANFORD G. ROSENTHAL

SGR/smc
ptintf.26574.c
design technologies
Enclosure

163074-1

# *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor
New York, New York 10016



Ph:(212) 725-4423          Fax:(212) 684-9002

Dec 07, 2005

International Painters and Allied Trades  In
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

|  |  |
|---|---|
| File #: | PTINTF1 |
| Inv #: | 10296 |

Attention:

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Nov 08/05 | Conferences with SI Bank re: previously served discovery, conferences with debtor re: November installment payment, prepare docs to enter judgment in Supreme SI | 0.70 | 105.00 | CDK |
| Nov 17/05 | Conference with debtor re: next installment payment, conference with clerk of SI re: entry of judgment. | 0.50 | 75.00 | CDK |
|  | Draft information subpoena to American Express, conferences with SI Bank re: previously served subpoena. | 1.10 | 165.00 | CDK |
| Nov 28/05 | Draft affidavit in support of motion to compel. | 0.60 | 90.00 | CDK |
|  | Totals | 2.90 | $435.00 | |

## DISBURSEMENTS

| | Disbursements | Receipts |
|---|---|---|
| Court fees | 9.00 | |
| Lawyers Service | 35.00 | |
| Totals | $44.00 | $0.00 |

**Total Fees, Disbursements**                 **$479.00**

Previous Balance                 $2,569.87
Payments Credited Against Last Bill     $1,470.00

**Balance Due Now**                 **$1,578.87**



JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Sanford G. Rosenthal
Direct Dial: (215) 351-0611
E-Mail Address: srosenthal@jslex.com

Member: PA & DC Bars

October 20, 2005

**VIA FIRST CLASS MAIL**
Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

      **RE:**    **International Painters and Allied Trades Industry Pension Fund v.**
                **Design Technologies, et al.**
                <u>**Civil Action No. 04-1942(RJL)**</u>

Dear Gary:

      Enclosed please find an invoice representing services performed for the month of September 2005 issued by our local counsel representing the Fund in the above-referenced matter. The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend payment in the amount of $1,470.00.

      Please note that this bill also contains a balance due of $1,433.02 for work previously performed. If this prior balance has not been paid, please remit payment to local counsel.

      Thank you for your attention and cooperation in this matter.

                        Sincerely,

                        **SANFORD G. ROSENTHAL**

SGR/smc
ptintf.26574.c
design technologies
Enclosure

160125-1

# *PAYKIN GREENBLATT LESSER & KRIEG LLP*

185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423          Fax:(212) 685-8052



International Painters and Allied Trades  In
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

Oct 06, 2005

|   |   |
|---|---|
| File #: | PTINTFI |
| Inv #: | 10139 |

Attention:

RE:   PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Sep 06/05 | Prepare for settlement conference, conference with debtor. | 0.60 | 90.00 | CDK |
|  | Conferences with debtor re: settlement offer and additional payment, conference with Federal Marshal re: execution sale of debtor's business property. | 0.40 | 60.00 | CDK |
|  | Conference with SC re: subpoena duces tecum, draft subpoena duces tecum to the judgment debtors. | 2.00 | 300.00 | CDK |
| Sep 12/05 | Conference with process server re: service of subpoena duces tecum, research on line re: debtor's ownerhip in real property. | 1.00 | 150.00 | CDK |
| Sep 19/05 | Conferences with process server re: service of subpoena duces tecum, on line research re: ownership interest of debtor in real property. | 0.50 | 75.00 | CDK |
| Sep 20/05 | Draft correspondence to client. | 0.10 | 15.00 | CDK |
| Sep 28/05 | Prepare for debtor's examination, review on line for property owned by the judgment debtor. | 0.70 | 105.00 | CDK |
| Sep 29/05 | Prep for debtor's examination. | 0.50 | 75.00 | CDK |
| Sep 30/05 | Prepare for and attend scheduled debtor's examination, research re: Design Tech's address, travel to corporate offices, locate new offices on Gary Court. | 4.00 | 600.00 | CDK |
|  | Totals | 9.80 | $1,470.00 |  |

**Total Fees, Disbursements**        **$1,470.00**

Previous Balance        $1,433.02
Payments Credited Against Last Bill        $0.00

**Balance Due Now**        **$2,903.02**



**JENNINGS SIGMOND**

ATTORNEYS AT LAW

JENNINGS SIGMOND, P.C.
THE PENN MUTUAL TOWERS
16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683
215-922-6700
FAX 215-922-3524

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

Shanna M. Cramer
Direct Dial: (215) 351-0674
E-Mail Address: scramer@jslex.com

Member: PA & NJ Bars

September 14, 2005

**VIA FIRST CLASS MAIL**
Gary Meyers
IUPAT Industry Pension Fund
1750 New York Avenue, NW, Ste. 501
Washington, D.C. 20006

RE:    **International Painters and Allied Trades Industry Pension Fund v.**
       **Design Technologies, et al.**
       **Civil Action No. 04-1942(RJL)**

Dear Gary:

Enclosed please find an invoice representing services performed for the month of July &
August 2005 issued by our local counsel representing the Fund in the above-referenced matter.
The bill is carefully itemized and the charges are reasonable. Accordingly, I recommend
payment in the amount of $1,433.02.

Thank you for your attention and cooperation in this matter.

Sincerely,

SHANNA M. CRAMER

SMC
ptintf.26574.c
design technologies
Enclosure

158376-1

# *PAYKIN GREENBLATT LESSER & KRIEG*

185 Madison Avenue
10th Floor
New York, New York 10016

Ph:(212) 725-4423                     Fax:(212) 684-9022

International Painters and Allied Trades  In                                  Sep 08, 2005
Jennings Sigmound, P.C.
510 Walnut Street
Philadelphia,, Pa 19106

File #:      PTINTF1
Attention:                                                                         Inv  #:         9945

RE:    PTINTF v. Design Technologies et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jul 11/05 | Review correspondence from client, review default judgment and order, commence drafting affidavit in support of default judgment registration in Supreme Court. | 0.30 | 45.00 | CDK |
|  | Research enforcement of foreign federal judgments in New York | 0.40 | 0.00 | DJW |
| Jul 19/05 | File judgment in District Court, draft and serve information subpoena and restraining notice on SI Bank & Trust, conduct on line research re: debtor's business. | 3.00 | 450.00 | CDK |
| Jul 22/05 | Draft restraining notices to both judgment debtors. | 1.00 | 150.00 | CDK |
|  | Research on line for new address of company, conference with US Marshal re: service of writ of execution. | 0.50 | 75.00 | CDK |
| Jul 25/05 | On line research re: debtor's new address, locate Design Technologies, contact company to verify correct address and Vincent P.'s position. | 0.50 | 75.00 | CDK |
| Jul 26/05 | Conferences with SI Bank re: information subpoena. | 0.20 | 30.00 | CDK |
| Aug 02/05 | Several conferences with debtor and client re: settlement, conferences with SI Bank re: restrained account, draft correspondence to same, review response to information subpoena. | 1.30 | 195.00 | CDK |
| Aug 03/05 | Conferences with client and debtor re: filing reports and settlement options. | 0.20 | 30.00 | CDK |
| Aug 04/05 | Draft correspondence to debtor re: audit, reports and settlement. | 0.20 | 30.00 | CDK |

RECEIVED

SEP 12 2005

| Date | Description | | | |
|---|---|---|---|---|
| Aug 05/05 | Review correspondence from debtor, conferences and correspondence to Independence Bank re: restrained account. | 0.60 | 90.00 | CDK |
| Aug 09/05 | Conferences wtih Zappola re: reports, conference with Independence re: restrained accounts. | 0.40 | 60.00 | CDK |
| Aug 15/05 | Conferences with VZ re: audit, conference with Federal Marshal re: property execution, commence drafting execution. | 0.80 | 120.00 | CDK |
| Aug 16/05 | Conference and correspondence to client. | 0.20 | 30.00 | CDK |
| | Totals | 9.60 | $1,380.00 | |

**DISBURSEMENTS**

| | Disbursements | Receipts |
|---|---|---|
| Court fees | 39.00 | |
| Photocopies | 0.30 | |
| Postage | 13.72 | |
| Totals | $53.02 | $0.00 |

| | |
|---|---|
| **Total Fees, Disbursements** | **$1,433.02** |
| Previous Balance | $0.00 |
| Payments Credited Against Last Bill | $0.00 |
| **Balance Due Now** | **$1,433.02** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED      )
TRADES INDUSTRY PENSION FUND           )
                                       )
                        Plaintiff,     )      CIVIL ACTION NO. 07-1130
            v.                         )
                                       )
DESIGN TECHNOLOGIES                    )
                                       )
            and                        )
                                       )
VINCENT ZAPPOLA, individually and      )
    d/b/a Design Technologies          )
                                       )
                        Defendants.    )

### JENNINGS SIGMOND FEES AND COSTS RELATED TO THE INSTANT LITIGATION

**Instant Litigation Total        =      $ 7,418.15**

188271-1



# Jennings Sigmond, P.C.
# Time And Expense Details

Report ID:   OT2025 - 18132
Wednesday, May 21, 2008

Beginning To End

Printed By   CAC
Page          1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | 29084 | Design Technologies (2) | Sigmond, Richard B. |

**Billed Time**

| Date | Timekeeper | Status | Hours Worked | Hours On Bill | Rate | Amount Task | Original Post Period | Original Post Year | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/18/2007 | SMC | | 1.50 | 1.50 | 220.00 | $330.00 | | | | Preparation of Complaint |
| | Post Date 07/03/2007 | Current Period | | | | | Entry Date 06/18/2007 | Original Post Period 7 | Original Post Year 2007 | |
| 7/3/2007 | SMC | | 0.10 | 0.10 | 220.00 | $22.00 | | | | Review of Court Order |
| 7/6/2007 | SMC | | 0.20 | 0.20 | 220.00 | $44.00 | | | | Preparation of Memo to Client regarding Status of Litigation |
| 7/31/2007 | SMC | | 0.10 | 0.10 | 220.00 | $22.00 | | | | Preparation of Correspondence to Legal Errands regarding Status of Service |
| 9/17/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | | Preparation of 55(a) Motion |
| 9/18/2007 | PL | | 1.20 | 1.20 | 220.00 | $264.00 | | | | Phone Conference with Process Server Regarding Same Review of ECF Filing Regarding Entry of Default by Clerk Memo to File Regarding Same Preparation of 55(b) |
| 9/20/2007 | PL | | 1.40 | 1.40 | 220.00 | $308.00 | | | | Preparation of Documents Regarding Motion for Default Judgment |
| 9/21/2007 | PL | | 3.50 | 3.50 | 220.00 | $770.00 | | | | Preparation of Documents Regarding Motion for Default Judgment Review of Correspondence from P. Gilbert (x3) |
| 9/24/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | | Preparation of Affidavit for T. Montemore Regarding Related Exhibits for Motion for Default Judgment |
| 9/25/2007 | PL | | 0.60 | 0.60 | 220.00 | $132.00 | | | | Review and Revision of Affidavit of T. Montemore Correspondence Exchange Regarding Same |
| 9/26/2007 | PL | | 2.30 | 2.30 | 220.00 | $506.00 | | | | Preparation of Memorandum of Law in Support of Motion for Judgment by Default |
| 9/28/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | | Review of Correspondence from P. Gilbert Review and Revision of Motion for Summary Judgment Calculation of Attorneys' Fees and Costs Preparation of Affidavit and Exhibits Regarding Same |
| 10/2/2007 | PL | | 0.20 | 0.20 | 220.00 | $44.00 | | | | Review of Correspondence from Pension Fund Regarding Delinquency |
| 10/4/2007 | PL | | 0.20 | 0.20 | 220.00 | $44.00 | | | | Review of Correspondence from G. Meyers to Company |
| 10/8/2007 | PL | | 1.40 | 1.40 | 220.00 | $308.00 | | | | Review and Revision of Motion for Supplemental Judgment |
| 10/15/2007 | PL | | 1.80 | 1.80 | 220.00 | $396.00 | | | | Preparation of Documents Regarding Motion for Default Judgment Calculation of Attorneys' Fees and Costs |
| 10/16/2007 | PL | | 2.20 | 2.20 | 220.00 | $484.00 | | | | Final Preparation of Documents Regarding Motion for Default Judgment |
| 10/17/2007 | SMC | | 0.40 | 0.40 | 220.00 | $88.00 | | | | Review and Revision of Motion for Default Judgment |
| 10/17/2007 | PL | | 1.50 | 1.50 | 220.00 | $330.00 | | | | Review and Revision of Motion for Default Judgment Phone Conference with Attorney C. Krieg Regarding Joint Stipulation |
| 10/23/2007 | PL | | 0.30 | 0.30 | 220.00 | $66.00 | | | | Preparation of Correspondence to Attorney C. Krieg (Local Counsel) Regarding Joint Stipulation |
| 10/23/2007 | SMC | | 0.40 | 0.40 | 220.00 | $88.00 | | | | Review of Documents regarding NY Judgment Conference with Attorney P. Lozano Review of Correspondence to Attorney C. Krieg |

Report ID:  OT2025 - 18132
Wednesday, May 21, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By  CAC
Page  2

## Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/17/2007 | PL | 1.00 | 1.00 | 220.00 | $220.00 | | | Preparation of Exhibits Related to 55 (b) Motion |
| 11/8/2007 | PL | 0.20 | 0.20 | 220.00 | $44.00 | | | Preparation of Correspondence with P. Gilbert regarding Filing of Motion |
| 1/2/2008 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Review of File; Update Litigation Status Report; Preparation of Correspondence to Local Counsel |

| Post Date | Status | | Entry Date | | Original Post Period | | Original Post Year |
|---|---|---|---|---|---|---|---|
| 2/29/2008 | Current Period | | 02/19/2008 | | 2 | | 2008 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/5/2008 | KGC | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of Court Notice and Memo regarding same |
| 2/19/2008 | PL | 0.60 | 0.60 | 220.00 | $132.00 | | | Office Conference with Attorney J. Sznyter regarding Status case. |

| Post Date | Status | | Entry Date | | Original Post Period | | Original Post Year |
|---|---|---|---|---|---|---|---|
| 2/21/2008 | Original Period Unlocked | | 02/21/2008 | | 2 | | 2008 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/21/2008 | KGC | 0.20 | 0.20 | 220.00 | $44.00 | | | Review of Correspondence from USDC and Memo regarding same to the matter of Design Technologies |

| Post Date | Status |
|---|---|
| 02/21/2008 | Original Period Unlocked |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/22/2008 | PL | 2.30 | 2.30 | 220.00 | $506.00 | | | Preparation of Supplemental Memorandum as required by Minute Order; Preparation of Pro Hac Motion |
| 2/28/2008 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Preparation of Correspondence to P. Gilbert regarding Status (x2) |
| 4/1/2008 | PL | 0.40 | 0.40 | 220.00 | $88.00 | | | Review of Docket regarding Default Judgment; Memo to File regarding same |

### Billed Time Totals

| Hours Worked | Hours On Bill | Amount |
|---|---|---|
| 30.40 | 30.40 | $6,688.00 |

## Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 6/20/2007 | $350.00 | 7100 | Filing Fee |
| 6/28/2007 | $4.60 | PO | Postage Charges |
| 6/28/2007 | $12.92 | PO | Postage Charges |
| 9/13/2007 | $325.00 | 7100 | Service of Process |
| 11/8/2007 | $0.21 | COPY | Photocopies |
| 11/8/2007 | $13.80 | PO | Postage Charges |
| 2/11/2008 | $5.60 | COPY | Photocopies |
| 2/11/2008 | $0.07 | COPY | Photocopies |
| 2/22/2008 | $3.57 | COPY | Photocopies |
| 3/8/2008 | $14.38 | SD | Special Delivery |

### Billed Expenses Totals

| Amount |
|---|
| $730.15 |

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Report ID:   OT2025 - 18132
Wednesday, May 21, 2008

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 30.40 | 30.40 | $6,688.00 | $730.15 | $7,418.15 |

*** End Of Report ***